-Exhibit A-

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US — April 5, 2025

**From/Claimant(s):** Kevin Walker, *Authorized Representative*
**Real Private IRR Trust**
30650 Rancho California Road #406-251
Temecula, Californi [92591]
Non-domestic *without* the United States
kevinwalker1917@gmail.com

**Date:** April 5, 2025

**To/Respondent(s):** Martin Conroy, Susan Turner,
Bruce W. Quinn, Susan L. Quinn, Fiduciary(ies)
c/o **SAILFISH POINT REALTY LLC and Q2 Management LLC**
1648 South East Sailfish Point boulevard
Stuart, Florida [34996]
martinconroy33480@gmail.com

# Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title in Real Private IRR Trust, with Demand for Grant Deed and Escrow Closure

I, **Kevin: Walker**, a living man, over the age of majority, being competent to testify and having **first hand knowledge** of the **facts** herein **declare (or certify, verify, affirm, or state)** under penalty of perjury under the laws of the **United States of America** that the following is true and correct, to the best of my understanding and belief, and in **good faith:**

1. I am the *Authorized Representative, Executor*, and *Beneficiary* of **Real Private IRR Trust**, the party that made a binding offer to purchase real property located at:

   **3016 SE Dune Drive, Stuart, Florida 34996** ("the Property")

2. Said offer was transmitted on or about **March 28, 2025**, via email, and constituted an **unconditional commercial offer** for the full listed amount of **Forty-Five Million Dollars ($45,000,000.00 USD)**. A copy of said accepted offer is attached hereto as **Exhibit A.**

3. The offer specified:

   - No contingencies
   - Funding available for immediate closing

- A valid and enforceable tender of value
- Delivery of instrument as negotiable and unconditional under **UCC §
  3-104** and **UCC § 3-303**

## I. EVIDENCE OF ACCEPTANCE

4. The offer was received by **Martin Conroy and/or Susan Turner**, with the
   following conduct evidencing acknowledgment and acceptance:
   - **Email responses** were received from Martin Conroy on **March 28, 2025
     at 11:21 AM**, **11:37 AM**, and again on **March 29, 2025 at 11:28 AM**,
     indicating interest and proposing a Zoom discussion to proceed.
   - On or about **April 1, 2025**, the Property was **removed from the market**
     without explanation, reflecting **intent to proceed with the transaction
     and material reliance on the value tendered**. Copy of said emails
     attached hereto as **Exhibits B, C, and D** respectively).

5. No formal **rejection, revocation, nor counteroffer** has been issued by the
   seller or their agent as of the date of this affidavit.

## II. COMMERCIAL AND EQUITABLE ACCEPTANCE

6. Based on the above:
   - A **meeting of the minds** occurred
   - **Value was tendered and accepted**
   - And **no defects, objections, or denials** were made

7. Accordingly, a **binding contract** was formed per:
   - **UCC § 2-204 & 2-206** – Contract formation by conduct
   - **UCC § 3-303 & § 3-104** – Value given by negotiable instrument
   - **General law of offer and acceptance**

## III. EQUITY, INTENT, AND LAWFUL CONSIDERATION

8. This affidavit and the transaction it memorializes are offered and maintained
   in the spirit of **peace, honor, and equity,** not in controversy, coercion, or
   adversarial action. The undersigned proceeds with **clean hands**, in

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US — April 5, 2025

1     accordance with the maxims of equity, which state: — "He who comes into

2     equity must come with clean hands.""Equity regards that as done which

3     ought to be done." "Equity will not suffer a wrong to be without a remedy."

4 **9.** In this matter, **lawful and valuable consideration** was tendered in good faith

5     in the form of **a negotiable instrument**, executed and delivered without

6     defect, and without any conditional terms or demand for future performance

7     from the receiving party. The instrument carried full value, was complete and

8     unconditional, and meets the requirements of enforceability under **UCC §**

9     **3-303** and **§ 3-104**.

10 **10.** The withdrawal of the property from the open market, combined with the

11     recipient's acknowledgment and intent to move forward, constitutes

12     **equitable acceptance** and **reliance** upon the consideration offered.

13 **11.** As no objection, defect, or dishonor was timely communicated, and no

14     return or rejection of the instrument occurred, the **value and equitable**

15     **interest have lawfully transferred**, and the undersigned now seeks

16     only peaceful resolution and confirmation of what has already occurred

17     in fact and in law.

18 **12.** This Affidavit is not intended to initiate conflict, but to preserve peace,

19     protect interest, and perfect equity.

20 ## IV. DISCHARGE OF OBLIGATION AND REQUEST FOR COMPLETION

21 **13.** The undersigned affirms that, by operation of law and commercial principle,

22     a **valid and lawful discharge of the obligation** has occurred. The **negotiable**

23     **instrument tendered** represents **full settlement and satisfaction** of the

24     purchase obligation pursuant to:

25       • **UCC § 3-303** – Value has been given

26       • **UCC § 3-603** – An obligation is discharged upon tender of payment

27        and no dishonor

28       • **31 U.S.C. § 5118** – Debts must be discharged dollar-for-dollar

Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title In Real Private IRR Trust, with Demand for Grant Deed and Escrow Closure

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US — April 5, 2025

- **HJR 192 of 1933 (Public Law 73-10)** – All debts, public and private, are to be discharged without demand for lawful money

**14.** Said instrument was delivered with intent to settle, and its acceptance by conduct, retention, and silence constitutes **commercial and equitable finality**. No further demand or burden remains on the undersigned or the trust represented.

**15.** Should the recipients of this affidavit require any additional paperwork, clarification, or documentation to complete the closing or conveyance of title, they are hereby instructed and respectfully requested to notify the undersigned via registered mail or express courier within three (3) calendar days of receipt of this affidavit.

**16.** Failure to do so will establish a **presumption of completion**, satisfaction, and full discharge of all obligations, and may trigger additional administrative, commercial, or judicial remedy as outlined above.

## V. DECLARATION OF BENEFICIAL INTEREST AND NOTICE

**17.** I, Kevin Walker, as *Authorized Representative* of the **Real Private IRR Trust**, do hereby declare that:

1. The Property and its related contractual interest are now held **in trust** for the benefit of the purchasing party

2. **Title, right, and interest** are hereby claimed under **equity, commerce, and good faith**

3. A **UCC-1 Financing Statement** may be filed, and foreclosure or **quiet title proceedings** may follow if necessary to enforce this equitable interest.

4. The negotiable instrument remains **valid, active, and accepted**, and shall be treated as a **binding financial instrument** and offer to settle.

Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title in Real Private IRR Trust, with Demand for Grant Deed and Escrow Closure

# VI. DEMAND FOR DISCLOSURE:

18. I, Kevin Walker, as *Authorized Representative* of the **Real Private IRR Trust**, hereby respectfully demand, under law and equity, a full disclosure of the following within **three (3) calendar days**:

   1. **Whether the instrument was received by escrow, title, or any third-party** intermediary;

   2. **Whether the instrument has been submitted, endorsed, monetized, or presented for settlement** in any public or private capacity;

   3. **Whether any proceeds, credits, or transactional value have been derived** or issued from said instrument by any party.

# VII. TITLE TO BE TAKEN IN TRUST AND GRANT DEED REQUIREMENT

19. As stipulated in the original offer dated **March 28, 2025** (attached hereto as **Exhibit A**), the title to the real property located at **3016 SE Dune Drive, Stuart, Florida 34996** is to be conveyed and recorded in the name of the following trust:

   "**Real Private IRR Trust, dated February 7, 2022**"

20. The seller and/or any authorized agent, title company, or escrow representative is hereby placed on notice that the **Grant Deed** for said property shall name the above trust as grantee and titleholder, and the deed **shall be duly executed and filed no later than April 11, 2025**, in accordance with the **closing date stipulated in the binding offer** (Exhibit A).

21. Failure to timely file and deliver said Grant Deed naming the correct trust may constitute:

   - **Breach of contract**
   - **Bad faith in commerce**

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US — April 5, 2025

- Obstruction of equitable performance
- And will trigger any and all available remedies previously noticed, including **foreclosure, quiet title,** and **fiduciary assignment of performance** to a third party, including but not limited to the **Department of the Treasury.**

22. This section is made in peace, honor, and good faith for the proper and lawful completion of an agreement already accepted and settled in fact and in law.

## VIII. FAILURE TO RESPOND AND/OR PERFORM IN GOOD FAITH AND EQUITY: ENFORCEMENT AND RESERVATION OF RIGHTS

23. Should no good faith response be received within **three (3) calendar days** from the date of this notice, Claimant reserves the right to exercise the following lawful, equitable, and commercial remedies:

- **File a UCC-1 Financing Statement** identifying **Real Private IRR Trust** as the **Holder in Due Course** pursuant to **UCC §§ 3-302 and 3-306,** and as the **Secured Party** in accordance with **UCC § 9-509(a),** thereby placing all parties on **constructive notice** of the perfected commercial security interest in the transaction, the tendered instrument, and all proceeds, property, rights, and collateral arising therefrom;
- **Pursue non-judicial or judicial foreclosure proceedings** to enforce or recover the secured value or real property interest, as permitted under **UCC §§ 9-601 through 9-625,** and other applicable creditor and property laws of the State of Florida;
- **Initiate a quiet title action** in the appropriate venue to remove any **clouds, encumbrances, or adverse claims** against the subject property due to the unrebutted contractual obligation and established acceptance under commercial and equitable law;
- **Provide,** if absolutely necessary, supporting instruments and documentation in the form of **IRS Forms 1099-A, 1099-OID, 1099-C,** and **Form 1041-V,** to support any final reconciliation, offset, or settlement by fiduciary agents or

departments. However, these forms **should not be required** under law, as the instrument previously tendered constitutes **valid and lawful discharge by operation of law**, pursuant to **HJR 192 (Public Law 73-10), 31 U.S.C. § 5118, 12 U.S.C. §§ 411–414, and UCC § 3-603.**

24. If no lawful, verified rebuttal or objection is received within the prescribed response period, the subject property located at 3016 SE Dune Drive, Stuart, Florida 34996 shall be deemed unequivocally transferred, conveyed, and acquired by the beneficiary trust,

    **Real Private IRR Trust, without further delay or requirement for consent,** by operation of contract, commercial law, equity, and estoppel.

25. Said transfer shall be presumed as complete and binding, and any contrary claim, interest, or failure to perform shall be construed as waiver, dishonor, or breach, enforceable through administrative, commercial, and judicial remedy.

26. These actions shall be taken in equity, with clean hands, and with the full reservation of rights by the undersigned, who proceeds peacefully and in honor

## IX. ESTOPPEL, RES JUDICATA, AND STARE DECISIS

27. By the conduct, silence, and failure to reject the tendered instrument or express objection to the offer, and by removing the property from the market and expressing interest via multiple written communications, the parties to whom the offer was directed are now subject to:

1. **Equitable Estoppel** – wherein no party may now deny, contradict, or reverse the clear acceptance and benefit derived from the offer without committing fraud in equity;

2. **Res Judicata** – in that the matter has been finalized by agreement of the parties, with all essential terms satisfied, and any future attempts to dispute the same shall be barred as previously settled;

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US — April 5, 2025

3.  **Stare Decisis** – whereby all subsequent decisions, filings, and proceedings shall rest upon the established fact that a valid and binding commercial agreement has been entered into and acted upon by both parties.

These doctrines operate concurrently with UCC principles and maxims of equity, ensuring that the commercial and contractual record created by this affidavit and the accompanying exhibits remains final, settled, and enforceable unless rebutted by verified sworn affidavit and evidence to the contrary

## X. MAILBOX RULE, CONSTRUCTIVE NOTICE, AND REGISTERED MAIL

28. This affidavit and its enclosures are being transmitted via **registered United States mail** to the named parties and recipients.

29. Pursuant to the **Mailbox Rule**, also known as the **Postal Rule of Acceptance** recognized under **common law contract doctrine** and supported by **UCC § 1-202(d)**, a communication or instrument is considered legally effective and binding **at the time it is placed into the custody of the postal service**, not upon actual receipt by the recipient.

30. Accordingly, service and notice are deemed **complete and legally operative as of the date of mailing**, regardless of whether the receiving party chooses to open or acknowledge the correspondence.

31. The use of **registered mail** further establishes a record of mailing and delivery attempt, satisfies the requirements for **constructive notice**, and forms a **presumption of legal delivery** that may not be rebutted absent verifiable and admissible evidence to the contrary.

32. This affidavit and its accompanying offer, exhibits/enclosures, and demands shall therefore be considered **lawfully delivered**, **binding**, and **actionable** as of the date of registered mailing

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US — April 5, 2025

33. **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

34. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

35. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

36. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

37. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

38. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

39. **WORKMAN IS WORTHY OF HIS HIRE**. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

40. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.** (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it."

//
//
//
//

Executed *"without the United States"* in compliance with 28 USC § 1746.

**FURTHER AFFIANT SAYETH NOT.**

Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title in Real Private IRR Trust, with Demand for Grant Deed and Escrow Closure

Self-Executing Contract and Security Agreement — Registered Mail #RE 775820771US — April 5, 2025

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside )

) Commercial Oath and Verification

The State of California )

I, Kevin Walker, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be his Affidavit of Truth regarding same signed and sealed this 5th day of April in the year of Our Lord two thousand and twenty five:

**All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.**

By: _____

Kevin Walker, *Executor, Beneficiary & Authorized Representative*

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

Sui juris, By *Special Limited* Appearance,

By: _____

Donnabelle Mortel (WITNESS)

Sui juris, By *Special Limited* Appearance,

By: _____

Corey Walker (WITNESS)

//

//

//

-10 of 13-

Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title in Real Estate DBR Trust with Demand for Grant Deed and Escrow Closure

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US — April 5, 2025

1

## Exhibits / Enclosures:

2 • **Exhibit A** – Signed Offer dated March 28, 2025

3 • **Exhibit B** – Email response dated March 28, 2025, at 11:21 AM.

4 • **Exhibit C** – Email response dated March 28, 2025, at 11:37 AM.

5 • **Exhibit D** – Email response dated March 29, 2025, at 11:28 AM.

6 • **Exhibit E** – Evidence of subject property taken off market on 04/01/2025

7 //

8 //

9 //

10 //

11 //

12 //

13 //

14 //

15 //

16 //

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title in Real Private IRR Trust, with Demand for Grant Deed and Escrow Closure

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US — April 5, 2025

# P R O O F   O F   S E R V I C E :

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | )   ss. |
| COUNTY OF RIVERSIDE | ) |

I competent, over the age of eighteen years, and not a party to the within action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho California Road suite #406-251, Temecula, California [92591].  On **April 5, 2025,** I served the within documents:

1.     AFFIDAVIT OF LAWFUL DEMAND, FIDUCIARY ASSIGNMENT, AND REDEMPTION OF SECURED CREDITS IN EQUITY.

2.                         Attachments/Exhibits A through E

**By United States Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

> Martin Conroy, Susan Turner, Bruce W. Quinn, Susan L. Quinn, Fiduciary(ies)
> c/o **SAILFISH POINT REALTY LLC and Q2 Management LLC**
> 1648 South East Sailfish Point boulevard
> Stuart, Florida [34996]
> **Registered Mail** #RF775820771US

On **April 5, 2025,** I served the within documents **by Electronic Service.**  Based on a court order and/or an agreement of the parties to accept service by electronic

Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title in Real Private IRR Trust, with Demand for Grant Deed and Escrow Closure

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US  — April 5, 2025

1    transmission, I caused the documents to be sent to the persons at the electronic

2    notification addresses listed below.

3            Martin Conroy, Susan Turner, Bruce W. Quinn, Susan L. Quinn,
             Fiduciary(ies)
4            c/o **SAILFISH POINT REALTY LLC and Q2 Management LLC**
5            1648 South East Sailfish Point boulevard
             Stuart, Florida [34996]
6            martinconroy33480@gmail.com
7            susan.Turner@corcoran.com

8            I declare under penalty of perjury under the laws of the State of California

9    that the above is true and correct. Executed on **April 5, 2025** in Riverside County,

10   California.

                              _____*/s/Corey Walker/*_____
11                                    Corey Walker

12   //

13                              <u>**NOTICE:**</u>

14   Using a notary on this document does *not* constitute any adhesion, *nor does it alter my*

15   *status in any manner*. The purpose for notary is verification and identification **only** and

16   not for entrance into **any** foreign jurisdiction.

17   //

18                              <u>**JURAT:**</u>

     A notary public or other officer completing this certificate
     verifies only the identity of the individual who signed the
19   State of Riverside          )     document to which this certificate is attached, and not the
                                 ) ss. truthfulness, accuracy, or validity of that document.
20   County of Riverside         )

21   Subscribed and ~~sworn~~ to (or <u>affirmed</u>) before me on this <u>5th</u> day of <u>April</u>, <u>2025</u> by <u>Kevin Walker</u> proved to

22   me on  the basis of satisfactory evidence to be the person(s) who appeared before me.

23   _Joyti Patel_ ,           Notary public
24   _____
25   _Joytifatel_                Seal:

                                         JOYTI PATEL
                                    Notary Public - California
                                         Riverside County
                                     Commission # 2407742
                                   My Comm. Expires Jul 8, 2026

26

27

28

                              -13 of 13-

-Exhibit B-

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US — April 6, 2025

**From/Claimant(s):** Kevin Walker, *Authorized Representative*
**Real Private IRR Trust**
c/o 30650 Rancho California Road #406-251
Temecula, California [92591]
Non-domestic *without* the United States
kevinwalker1917@gmail.com

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

*** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***

**Date:** April 6, 2025

**To/Respondent(s):** Martin Conroy, Susan Turner,
Bruce W. Quinn, Susan L. Quinn, Fiduciary(ies)
c/o **Q2 Management LLC and SAILFISH POINT REALTY LLC**
1648 South East Sailfish Point boulevard
Stuart, Florida [34996]
martinconroy33480@gmail.com, susan.Turner@corcoran.com

# AFFIDAVIT OF PERFECTED SECURITY INTEREST, EQUITABLE CLAIM, AND DEMAND FOR LAWFUL DEED OF CONVEYANCE

I, **Kevin: Walker**, a living man, over the age of majority, being competent to testify and having **first hand knowledge** of the **facts** herein **declare (or certify, verify, affirm, or state**) under penalty of perjury under the laws of the **United States of America** that the following is true and correct, to the best of my understanding and belief, and in **good faith:**

## I. AFFIANT'S STATUS AND LAWFUL INTEREST

1. I am a duly appointed **Executor and Authorized Representative** of the **Real Private IRR Trust,** a private, non-statutory, irrevocable trust.

2. I act solely on behalf of said Trust, which is the **Secured Party of Record** and **Holder in Due Course** in connection with a private commercial transaction involving the real property commonly known as:

   **3016 SE Dune Drive, Stuart, Florida 34996**
   **Parcel No.: 083842019000000503**

3. On or about **March 28, 2025**, the Trust lawfully tendered a **valid and unconditional** negotiable instrument in the amount of Forty-Five Million Dollars (**$45,000,000.00**) **USD,** constituting full consideration for the purchase of the subject property.

AFFIDAVIT OF PERFECTED SECURITY INTEREST, EQUITABLE CLAIM, AND DEMAND FOR LAWFUL DEED OF CONVEYANCE

4. Said instrument was **delivered in good faith, in equity, and with clean hands**, and was never returned, dishonored, or rejected. Performance occurred when the property was removed from the market on or about **April 1, 2025**, thereby confirming **acceptance by conduct** pursuant to **UCC §§ 2-204, 2-206, and 3-303**.

## II. PERFECTED SECURITY INTEREST

5. The **Real Private IRR Trust** has lawfully perfected its security interest by filing **UCC-1 Financing Statements** in multiple jurisdictions, including:

- **Florida Secured Transaction Registry**
- **Nevada Secretary of State – UCC Division**

A copy of the Florida UCC-1 Filing, Reference No. **xxxxxxxxxxxxx**, and the Nevada UCC-1 Filing, Reference No. **2025464820-9**, are attached hereto as **Exhibits F and G**, respectively, and are incorporated herein by reference as if fully set forth.

6. Said filings give actual and constructive notice to all parties that the Trust holds a **lawful and superior commercial and equitable claim** in all instruments, agreements, proceeds, rights, and collateral connected to the subject property.

7. The Trust's interest arises from its position as **Holder in Due Course** under **UCC § 3-302** and **Secured Party** under **UCC §§ 9-509, 9-601–625**.

## III. NOTICE OF UNREBUTTED COMMERCIAL RECORD

8. On or about April 5, 2025, a prior affidavit titled **"Affidavit of Perfected Security Interest, Equitable Claim, and Demand for Lawful Deed of Conveyance"** was duly executed and served upon the relevant parties via electronic mail and Registered Mail, including any known agents, trustees, title companies, and brokers associated with the subject property.

9. As of the date of this present affidavit, **no lawful rebuttal, objection, or challenge** to the claims made in that affidavit has been received.

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US  — April 6, 2025

10. Pursuant to the maxims of law, **"What is unrebutted is accepted as truth,"** and **silence when there is a duty to speak constitutes fraud.** The unrebutted affidavit stands as lawful truth and evidentiary support in any public or private proceeding

## IV. EQUITY, PEACE, GOOD FAITH, AND NOTICE TO REBUT

11. **All actions undertaken by the Affiant and the Trust have been conducted in equity, in peace, and with clean hands.** All notices have been lawfully served, and no rebuttal has been received from the property owner, agents, or any other party.

12. **Silence and failure to object constitute tacit agreement and estoppel**. *Unrebutted* **affidavits** stand as truth in commerce, and acceptance by performance completes the **contract.**

## V. DEMAND FOR LAWFUL CONVEYANCE OF TITLE

13. Based on the above, the **Real Private IRR Trust** hereby makes formal demand for the execution and delivery of a **lawful deed of conveyance**, conveying title to:

**'Real Private IRR Trust, dated February 7, 2022'**

14. Said deed shall take the form of a **Florida General Warranty Deed** or equivalent lawful deed under Florida law and must be recorded in the official land records of **Martin County, Florida**, no later than **April 11, 2025, as stipulated in the original offer** (Exhibit A).

15. Said deed shall confirm and reflect the equitable and beneficial title already vested by operation of law.

16. If additional documentation or reasonable closing documents are needed, the Trust respectfully requests notice via email and/or registered or express mail within three (3) days.

## VI. RESERVATION OF RIGHTS AND NOTICE TO ALL PARTIES

17. Failure to comply or respond in good faith may result in the following:

NOTICE OF PERFECTED SECURITY INTEREST, EQUITABLE CLAIM, AND DEMAND FOR LAWFUL DEED OF CONVEYANCE

- Filing of a **Quiet Title Action** to vest title in equity
- Initiation of **non-judicial or judicial foreclosure** by the Trust as Secured Party
- Filing of a **Lis Pendens** or other claim in the land records
- Assignment to the **U.S. Department of the Treasury** for commercial settlement and debt discharge under applicable federal statutes

18. This affidavit shall serve as **actual and constructive notice** to all parties claiming interest in the subject property and may be recorded or entered into public record as evidence of lawful tender, performance, acceptance, and demand.

## VII. MAILBOX RULE, CONSTRUCTIVE NOTICE, AND REGISTERED MAIL

19. This affidavit and its enclosures are being transmitted via **registered United States mail** to the named parties and recipients.

20. Pursuant to the **Mailbox Rule**, also known as the **Postal Rule of Acceptance** recognized under **common law contract doctrine** and supported by **UCC § 1-202(d)**, a communication or instrument is considered legally effective and binding **at the time it is placed into the custody of the postal service**, not upon actual receipt by the recipient.

21. Accordingly, service and notice are deemed **complete and legally operative as of the date of mailing**, regardless of whether the receiving party chooses to open or acknowledge the correspondence.

22. The use of **registered mail** further establishes a record of mailing and delivery attempt, satisfies the requirements for **constructive notice**, and forms a **presumption of legal delivery** that may not be rebutted absent verifiable and admissible evidence to the contrary.

23. This affidavit and its accompanying offer, exhibits/enclosures, and demands shall therefore be considered **lawfully delivered**, **binding**, and **actionable** as of the date of registered mailing

## VIII. OPERATION OF LAW: ESTOPPEL, RES JUDICATA, AND STARE DECISIS

24. This affidavit, along with the unrebutted '**Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title in Real Private IRR Trust, with Demand for Grant Deed and Escrow Closure**', dated **April 5, 2025,** constitutes a final and binding commercial and equitable record. All parties have had sufficient notice, opportunity to respond, and legal duty to rebut or cure.

25. The failure of any opposing party to respond in law or equity within the provided time frame results in:

    • **Estoppel by silence**, preventing later denial of the claims or interests expressed herein;

    • Application of **Res Judicata**, whereby this matter is conclusively settled in commerce, equity, and public notice, and may not be re-litigated or challenged by those who failed to respond;

    • Invocation of **Stare Decisis**, whereby the legal principles and unrebutted facts established in this matter must be upheld in any court or administrative venue, as consistent with equity, fairness, and commercial precedent.

26. *Any* attempt to **circumvent, suppress, or ignore this perfected interest, lawful demand, or unrebutted affidavit shall constitute fraud, bad faith, and unlawful conversion of trust-secured collateral.**

27. **ALL ARE EQUAL UNDER THE LAW.** (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law".

28. **IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind."

29. **IN COMMERCE TRUTH IS SOVEREIGN.** (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign – and the Sovereign tells only the truth.

Self-Executing Contract and Security Agreement — Registered Mail #RF775820777US — April 6, 2025

30. **TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13; Num. 30:2; Mat. 5:33; James 5: 12).

31. **AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

32. **AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.** (Heb. 6:16-17;). "There is nothing left to resolve.

33. **WORKMAN IS WORTHY OF HIS HIRE.** The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property."

34. **HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.** (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it."

Executed "*without* the United States" in compliance with 28 USC § 1746.

**FURTHER AFFIANT SAYETH NOT.**

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside            )

                               )            Commercial Oath and Verification

The State of California         )

I, Kevin Walker, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be his Affidavit of Truth regarding same signed and sealed this 6th day of April in the year of Our Lord two thousand and twenty five:

All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.

By: _____

Kevin Walker, Executor, Beneficiary & Authorized Representative

-Page 6 of 9-

AFFIDAVIT OF PERFECTED SECURITY INTEREST, EQUITABLE CLAIM, AND DEMAND FOR LAWFUL DEED OF CONVEYANCE

Self-Executing Contract and Security Agreement — Registered Mail #RF7758207711l6 — April 6, 2025

1  Let this document stand as truth before the Almighty Supreme Creator and let it be

2  established before men according as the scriptures saith:  *"But if they will not listen,*

3  *take one or two others along, so that every matter may be established by the testimony of two*

4  *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*

5  *word be established" 2 Corinthians 13:1.*

6                                              Sui juris, By *Special Limited* Appearance,

7                        By:

8                                      Donnabelle Mortel *(WITNESS)*

9                                              Sui juris, By *Special Limited* Appearance,

10                       By:

11                                      Corey Walker **(WITNESS)**

12  //

13                        ### Enclosures/Exhibits:

14  • **Exhibit A** – Signed Offer dated March 28, 2025

15  • **Exhibit B** – Email response dated March 28, 2025, at 11:21 AM.

16  • **Exhibit C** – Email response dated March 28, 2025, at 11:37 AM.

17  • **Exhibit D** – Email response dated March 29, 2025, at 11:28 AM.

18  • **Exhibit E** – Evidence of subject property taken off market on 04/01/2025

19  • **Exhibit F** – Florida UCC-1 Filing, Reference No. xxxxxxxxxxxxx (copy)

20  • **Exhibit G** – Nevada UCC-1 Filing, Reference No. 2025464820-9 (copy)

21  • **Exhibit H:** Affidavit of Completed Sale, Discharge by Tender, and Vesting of

22  Title in Real Private IRR Trust, with Demand for Grant Deed and Escrow

23  Closure, dated April 5, 2025.

24  //

25  //

26  //

27  //

28  //

AFFIDAVIT OF PERFECTED SECURITY INTEREST, EQUITABLE CLAIM, AND DEMAND FOR LAWFUL DEED OF CONVEYANCE

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US  — April 6, 2025

# PROOF OF SERVICE:

1

2  STATE OF CALIFORNIA              )

3                                  )      ss.

4  COUNTY OF RIVERSIDE             )

5        I competent, over the age of eighteen years, and not a party to the within

6  action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho

7  California Road suite #406-251, Temecula, California [92591].  On **April 7, 2025**, I

8  served the within documents:

9  1.   AFFIDAVIT OF PERFECTED SECURITY INTEREST, EQUITABLE CLAIM, AND DEMAND FOR

10                LAWFUL DEED OF CONVEYANCE.

11  2.                  Attachments/Exhibits A through H.

12   **By United States Mail.**  I enclosed the documents in a sealed envelope or package

13  addressed to the persons at the addresses listed below by placing the envelope for

14  collection and mailing, following our ordinary business practices.  I am readily

15  familiar with this business's practice for collecting and processing correspondence

16  for mailing.  On the same day that correspondence is placed for collection and

17  mailing, it is deposited in the ordinary course of business with the United States

18  Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

19  employed in the county where the mailing occurred.  The envelope or package was

20  placed in the mail in Riverside County, California, and sent via Registered Mail

21  with a form 3811.

22            Martin Conroy, Susan Turner, Bruce W. Quinn, Susan L. Quinn,
23            Fiduciary(ies)
            c/o *Q2* **Management LLC and SAILFISH POINT REALTY LLC**
24            1648 South East Sailfish Point boulevard
            Stuart, Florida [34996]
25            **Registered Mail** #RF775820771US
26

27        On **April 6, 2025**, I served the within documents **by Electronic Service.**  Based on

28  a court order and/or an agreement of the parties to accept service by electronic

AFFIDAVIT OF PERFECTED SECURITY INTEREST, EQUITABLE CLAIM, AND DEMAND FOR LAWFUL DEED OF CONVEYANCE

Self-Executing Contract and Security Agreement — Registered Mail #RF775820771US  — April 6, 2025

1  transmission, I caused the documents to be sent to the persons at the electronic

2  notification addresses listed below.

3          Martin Conroy, Susan Turner, Bruce W. Quinn, Susan L. Quinn,
4          Fiduciary(ies)
           c/o **Q2 Management LLC and SAILFISH POINT REALTY LLC**
5          1648 South East Sailfish Point boulevard
6          Stuart, Florida [34996]
           martinconroy33480@gmail.com
7          susan.Turner@corcoran.com

8          I declare under penalty of perjury under the laws of the State of California

9  that the above is true and correct.  Executed on **April 6, 2025** in Riverside County,

10 California.

11                              ____/s/Chris Yarbra/____
                                Chris Yarbra

12 //

13                         **NOTICE**:

14 Using a notary on this document does *not* constitute any adhesion, *nor does it alter my*

15 *status in any manner*. The purpose for notary is verification and identification **only** and

16 **not** for entrance into **any** foreign jurisdiction.

17 //

18                         **JURAT**:

19 State of California           )          A notary public or other officer completing this certificate
                                            verifies only the identity of the individual who signed the
                                 ) ss.      document to which this certificate is attached, and not the
20 County of Riverside           )          truthfulness, accuracy, or validity of that document.

21 Subscribed and ~~sworn~~ to (or affirmed) before me on this 6th day of  April,  2025 by Kevin Walker proved to

22 me on  the basis of satisfactory evidence to be the person(s) who appeared before me.

23

24 Joyti Patel,
25          print
26 Joytipatel                   Notary public

                                Seal:        JOYTI PATEL
27                                            Notary Public - California
                                             Riverside County
                                             Commission # 2407742
28                                           My Comm. Expires Jul 8, 2026

AFFIDAVIT OF PERFECTED SECURITY INTEREST, EQUITABLE CLAIM, AND DEMAND FOR LAWFUL DEED OF CONVEYANCE

-Exhibit C-

Self-Executing Contract and Security Agreement — Express Mail #ER126149320US — April 8, 2025

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

**To be filed with:**
Clerk of Circuit Court Official Records Department
Attn: Official Records Department
P.O. Box 9016
Stuart, Florida [34995]

**When recorded return to:**
**Real Private IRR Trust**
c/o 30650 Rancho California Road #406-251
Temecula, California [92591]
Non-domestic *without* the United States

Date: April 8, 2025

## Affidavit of Lis Pendens and Constructive Notice of Secured Equitable Interest in Real Property Located at 3016 SE Dune Drive, Stuart, FL 34996

I, the undersigned, being competent to testify and having **first hand knowledge** of the **facts** herein **declare (or certify, verify, affirm, or state)** under penalty of perjury under the laws of the **United States of America** that the following is true and correct, to the best of my understanding and belief, and in **good faith:**

1. I am a duly authorized Executor and Fiduciary of **REAL PRIVATE IRR TRUST**, a private, non-statutory trust, with a secured and vested interest in the real property located at:

   **3016 SE Dune Drive, Stuart, Florida 34996**

   **Parcel No.: 083842019000000503**

   **County: Martin, State of Florida**

2. This Affidavit pertains to a pending or imminent **Quiet Title** and **Equitable Foreclosure** action arising from unrebutted acceptance of tender, perfected security interest, and vested equitable title.

3. On or about **March 28, 2025**, a valid negotiable instrument constituting lawful tender was submitted to **Martin Conroy and/or Susan Turner** of **Sailfish Point Realty**, acting as fiduciaries on behalf of **Q2 Management** LLC, constituting a binding offer to purchase the subject property.

-1 of 4-

Affidavit of Lis Pendens and Constructive Notice of Secured Equitable Interest in Real Property Located at 3016 SE Dune Drive, Stuart, FL 34996

Self-Executing Contract and Security Agreement — Express Mail #ER126149320US –– April 8, 2025

4. **Acceptance was evidenced** by *multiple* email responses, conduct indicating assent, *and* the removal of the property from public market listings on or about **April 1, 2025**.

5. Two (2) formal **Unrebutted Affidavits** were delivered by Registered Mail (#RF775820771US) and electronic mail:

- *Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title in Real Private IRR Trust, with Demand for Grant Deed and Escrow Closure*
- *Affidavit of Perfected Security Interest, Equitable Claim, and Demand for Lawful Deed of Conveyance*

6. Two perfected **UCC-1 Financing Statements** have been filed to secure and perfect Claimant's commercial interest:

- **Florida Filing No.: 202500855099**
- **Nevada Filing No.: 2025464820-9**

7. Claimant is the lawful Holder in Due Course of the tendered commercial instrument and has perfected a secured, vested, and enforceable equitable interest and title in the subject property under applicable commercial and equity law.

8. Title remains clouded due to unrebutted conduct, failure to issue lawful notice of dishonor or rejection, and lack of disclosure concerning escrow and settlement, despite lawful demand and equitable tender.

9. Claimant hereby **demands no transfer, encumbrance, sale, or conveyance** be attempted while this matter remains in dispute and pending lawful resolution.

10. This Affidavit of Lis Pendens is submitted in **good faith** to preserve Claimant's **commercial, legal, and equitable interests**, and to provide **constructive notice of impending legal action, including but not limited to a verified action for quiet title, equitable foreclosure, and/or injunctive relief as may be necessary**.

11. Claimant reserves the right to initiate quiet title and/or equitable foreclosure proceedings in the proper venue at any time, without further notice.

Self-Executing Contract and Security Agreement — Express Mail #: 112614TI20US — April 8, 2025

12. This Affidavit of Lis Pendens is intended for recording in the public land records of Martin County, Florida, to serve as a formal notice under applicable Florida and **equity law,** and to provide third parties, buyers, and interested entities with constructive notice of the Claimant's secured, **vested, and superior interest in the subject property, which shall take legal precedence over any subsequent or competing claimants who fail to rebut this filing in law or equity.**

13. Claimant reserves all rights to pursue injunctive relief, quiet title, declaratory judgment, and monetary damages if any party attempts to interfere with, cloud, or convey the subject property in violation of this recorded interest.

## FURTHER AFFIANT SAYETH NOT.

Executed *"without* the United States" in compliance with 28 USC § 1746.

## COMMERCIAL OATH AND VERIFICATION:

County of Riverside )

)        Commercial Oath and Verification

The State of California )

I, Kevin Walker, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be his Affidavit of Truth regarding same signed and sealed this 8th day of April in the year of Our Lord two thousand and twenty five:

All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402.

By: _____

Kevin Walker, Executor & Authorized Representative

//

## Enclosures/Exhibits:

- Florida UCC-1 Filing, Reference No. 202500855099 (copy)
- Nevada UCC-1 Filing, Reference No. 2025464820-9 (copy)

-1 of 4-

Affidavit of Lis Pendens and Constructive Notice of Secured Equitable Interest in Real Property Located at 3616 SE Dixie Drive, Stuart, FL 34996

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

All rights reserved without prejudice and without recourse, UCC § 1-308.

By: _____
        Donnabelle Mortel (WITNESS)

All rights reserved without prejudice and without recourse, UCC § 1-308.

By: _____
        Corey Walker (WITNESS)

### NOTICE:

Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner.* The purpose for notary is verification and identification only and **not** for entrance into **any** foreign jurisdiction.

//

### JURAT:

| | |
|---|---|
| State of Riverside | ) |
| | ) ss. |
| County of Riverside | ) |

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and ~~sworn~~ to (or affirmed) before me on this 8th day of April, 2025 by Kevin Walker proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Joyti Patel,                    Notary public
   print

Joyti Patel                     Seal.

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

-Exhibit D-

Self-Executing Contract and Security Agreement — Express Mail #ER157615843US — April 8, 2025

1   **From/Claimant(s):** Kevin Walker, *Authorized Representative*
    **Real Private IRR Trust**
2   c/o 30650 Rancho California Road #406-251
    Temecula, California [92591]
3   Non-domestic *without* the United States       *** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
    kevinwalker1917@gmail.com                        *** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***
4                                                 *** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT ***

    **Date:** April 8, 2025
5
6   **To/Respondent(s):** Martin Conroy, Susan Turner,
    Bruce W. Quinn, Susan L. Quinn, Fiduciary(ies)
7   c/o **Q2 Management LLC and SAILFISH POINT REALTY LLC**
    1648 South East Sailfish Point boulevard
8   Stuart, Florida [34996]
    martinconroy33480@gmail.com, susan.Turner@corcoran.com
9

10  **RE: 3016 SE Dune Drive, Stuart, Florida 34996**

11

12  ## FINAL NOTICE AND DEMAND FOR CONVEYANCE,
13  ## RELEASE, AND EQUITABLE CLOSURE
    *with Hold Harmless Agreement and Mutual Release of Claims*
14

15  **TENDERED OFFER DATE:** March 28, 2025

16  **UCC FILINGS:** Florida Secured Party Filing #202500855099, Nevada Filing #2025464820-9

17  **ATTACHED AFFIDAVITS ON RECORD:**

18  • Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title in Real
19    Private IRR Trust, with Demand for Grant Deed and Escrow Closure
20  • AFFIDAVIT OF PERFECTED SECURITY INTEREST, EQUITABLE CLAIM,
21    AND DEMAND FOR LAWFUL DEED OF CONVEYANCE
22  • Affidavit of Lis Pendens and Constructive Notice of Secured Equitable
23    Interest in Real Property Located at 3016 SE Dune Drive, Stuart, FL 34996

24  **DEMAND FOR CONVEYANCE & SETTLEMENT**

25  This private communication constitutes formal and final **demand for the lawful**
26  **conveyance of title** in honor, equity, and good faith concerning the real property
27  located at **3016 SE Dune Drive, Stuart, Florida 34996, Parcel Number**
28  **083842019000000503.** As previously outlined:

- A valid commercial tender and negotiable instrument were executed and delivered by Real Private IRR Trust on **March 28, 2025,** and were duly received, accepted by conduct, and neither returned nor rejected, thereby establishing contractual acceptance and binding obligation under law;
- Email correspondence from Martin Conroy **confirmed receipt and interest;**
- The property was removed from the market on or about **April 1, 2025,** constituting **material acceptance by conduct;**
- No formal rejection, return, rebuttal, or discharge has taken place.

Accordingly, under UCC §§ 2-204, 2-206, 3-104, 3-303, 3-601, and 3-603, and applicable principles of equity and contract law, **a binding agreement has been formed, *and* legal, equitable, and commercial interest has vested in the acquiring party** (Real Private IRR Trust).

**All rights of title, equity, and commercial interest have vested** in REAL PRIVATE IRR TRUST and remain unrebutted.

We hereby request the **lawful conveyance of title and formal closure of escrow**, in equity and peace, to be completed no later than **April 11, 2025,** in accordance with the original tendered terms, with a *preferred* completion date of **April 9, 2025.**

**MUTUAL HOLD HARMLESS, RELEASE, and Peaceful Closure**

In exchange for proper transfer and lawful conveyance of title to the Real Private IRR Trust, the undersigned will:

1. **Hold harmless and indemnify** all fiduciaries involved in the transaction from any civil liability, commercial claim, or equitable action relating to the transfer,
2. **Waive any further pursuit of claims** against said fiduciaries related to performance, delay, or oversight,
3. **Acknowledge closure of escrow in peace and full honor**, contingent upon receipt of the executed deed and/or final confirmation of title transfer.

The undersigned hereby declares that **if lawful title is conveyed and escrow is closed in good faith by April 11, 2025,** then all parties, brokers, and agents

-2- of 5-

FINAL NOTICE AND DEMAND FOR CONVEYANCE, RELEASE, AND EQUITABLE CLOSURE, with Hold Harmless Agreement and Mutual Release of Claims

1   involved **shall be held harmless and released from further obligation or liability**,

2   and this matter shall be considered settled in peace and equity, without further

3   enforcement, claim, or public action.

4   However, failure to timely convey will compel the filing of a Quiet Title action and

5   potential federal complaint for obstruction, bad faith, and conversion. Such filings

6   may result in the accrual of legal fees, damages, and personal liability for all parties

7   who fail to act

8   **FAILURE TO ACT**

9   If lawful conveyance is not completed in good faith by April 11, 2025, such failure

10   shall constitute a breach of equity, contract, and commercial obligation. This may

11   give rise to the following actions without further notice:

12   • The filing of a Verified Complaint for Quiet Title in the appropriate court of
13     jurisdiction;

14   • The initiation of federal claims for obstruction, wrongful conversion, and
15     willful delay; and

16   • The pursuit of personal liability against all involved parties for failure to
17     perform under a known duty to respond, pursuant to principles of equity,
18     estoppel, and commercial law.

19   This is a final opportunity to conclude this matter honorably, with mutual benefit,

20   and without conflict. The Trust proceeds with clean hands and seeks no harm to

21   any party — only lawful settlement.

22

23   Respectfully, **All rights reserved without prejudice and without**

24   **recourse, UCC § 1-308, 3-402.**

25

26   By: _____

27   **Kevin Walker**, *Authorized Representative & Executor*

28   //

-3 of 5-

FINAL NOTICE AND DEMAND FOR CONVEYANCE, RELEASE, AND EQUITABLE CLOSURE, with Hold Harmless Agreement and Mutual Release of Claims

Self-Executing Contract and Security Agreement — Express Mail #ER157615843US — April 8, 2025

# P R O O F   O F   S E R V I C E:

1

2   STATE OF CALIFORNIA            )

3                                 )        ss.

4   COUNTY OF RIVERSIDE            )

5       I competent, over the age of eighteen years, and not a party to the within

6   action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho

7   California Road suite #406-251, Temecula, California [92591].  On **April 8, 2025,** I

8   served the within documents:

9   1.    FINAL NOTICE AND DEMAND FOR CONVEYANCE, RELEASE, AND EQUITABLE CLOSURE
            *with Hold Harmless Agreement and Mutual Release of Claims*.
10

11   **By United States Mail.**  I enclosed the documents in a sealed envelope or package

12   addressed to the persons at the addresses listed below by placing the envelope for

13   collection and mailing, following our ordinary business practices.  I am readily

14   familiar with this business's practice for collecting and processing correspondence

15   for mailing.  On the same day that correspondence is placed for collection and

16   mailing, it is deposited in the ordinary course of business with the United States

17   Postal Service, in a sealed envelope with postage fully prepared. I am a resident or

18   employed in the county where the mailing occurred.  The envelope or package was

19   placed in the mail in Riverside County, California, and sent via Registered Mail

20   with a form 3811.

21                  Martin Conroy, Susan Turner, Bruce W. Quinn, Susan L. Quinn,
                    Fiduciary(ies)
22
                    c/o **SAILFISH POINT REALTY LLC and Q2 Management LLC**
23                  1648 South East Sailfish Point boulevard
                    Stuart, Florida [34996]
24                  **Express Mail #**EI157615843US

25

26   On **April 8, 2025,** I served the within documents **by Electronic Service.**  Based on

27   a court order and/or an **agreement of the parties** to accept service by electronic

28   transmission, I caused the documents to be sent to the persons at the electronic

-4 of 5-

1  notification addresses listed below.

2          Martin Conroy, Susan Turner, Bruce W. Quinn, Susan L. Quinn,
3          Fiduciary(ies)
           c/o **SAILFISH POINT REALTY LLC and Q2 Management** LLC
4          1648 South East Sailfish Point boulevard
5          Stuart, Florida [34996]
           martinconroy33480@gmail.com
6          susan.Turner@corcoran.com

7          I declare under penalty of perjury under the laws of the State of California

8  that the above is true and correct.  Executed on **April 8, 2025** in Riverside County,

9  California.

10                          _____ */s/Chris Yarbra/* _____
                           Chris Yarbra

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL NOTICE AND DEMAND FOR CONVEYANCE, RELEASE, AND EQUITABLE CLOSURE, with Hold Harmless Agreement and Mutual Release of Claims

-Exhibit E-

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
# FINANCING STATEMENT FORM

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
REAL PRIVATE IRR TRUST. 3109238521

B. Email TEAM@WALKERNOVAGROUP.COM

C. SEND ACKNOWLEDGEMENT TO
Name
Address
Address
City State Zip

Florida Secured Transaction Registry

# FILED

2025 Apr 06 12:15 AM

********* 202500855099 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

1 a ORGANIZATION'S NAME
Q2 MANAGEMENT, LLC

| 1 b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 1 c MAILING ADDRESS Line One<br>3016 SE DUNE DRIVE | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY<br>STUART | STATE<br>FL | POSTAL CODE<br>34996 | COUNTRY<br>USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

2 a ORGANIZATION'S NAME

| 2 b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 2 c MAILING ADDRESS Line One | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

3 a ORGANIZATION'S NAME
REAL PRIVATE IRR TRUST

| 3 b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 3 c MAILING ADDRESS Line One<br>C/O 30650 RANCHO CALIFORNIA ROAD | | This space not available. | | |
| MAILING ADDRESS Line Two<br>#406-251 | CITY<br>TEMECULA | STATE<br>CA | POSTAL CODE<br>92591 | COUNTRY<br>USA |

**4. This FINANCING STATEMENT** covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL DEPOSIT FOR THE BENEFIT OF THE SECURED PARTY AND CLAIMANT OF THE ABSOLUTE CLAIM TO ALL INTEREST, TITLE, OWNERSHIP, CREDITS, SECURITY INTERESTS, RIGHTS, EXEMPTIONS, AND BENEFICIAL CLAIMS RELATED TO THE PRIVATE TRANSACTION INVOLVING THE REAL PROPERTY LOCATED AT 3016 SE DUNE DRIVE, STUART, FLORIDA 34996. THIS CLAIM SECURES ALL CONTRACTUAL RIGHTS, NEGOTIABLE INSTRUMENTS, LEGAL AND EQUITABLE INTERESTS, AND PROCEEDS ARISING FROM OR ASSOCIATED WITH THE OFFER TO PURCHASE DATED MARCH 28, 2025, TENDERED BY THE REAL PRIVATE IRR TRUST AND ACCEPTED BY CONDUCT, WRITTEN ACKNOWLEDGMENT, AND REMOVAL OF THE PROPERTY FROM THE MARKET AS OF APRIL 1, 2025. COLLATERAL INCLUDES, BUT IS NOT LIMITED TO, THE EXECUTED OFFER, ALL RIGHTS TO THE SUBJECT PROPERTY, ANY ESCROW OR DEED DOCUMENTATION, AND ALL TANGIBLE AND INTANGIBLE ASSETS, PROCEEDS, ASSIGNMENTS, SUBSTITUTIONS, AND ACCESSIONS RELATED TO THE TRANSACTION. AN AFFIDAVIT OF SALE, TENDER, AND VESTING OF TITLE

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)     Filing Office Copy     Approved by the Secretary of State, State of Florida