-Exhibit F-

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)** <br> Kevin W 818-850-6465 | **Filed in the Office of** <br> F. W. Aguilar <br> Secretary of State <br> State Of Nevada |
| **B. E-MAIL CONTACT AT FILER (optional)** <br> team@walkernovagroup.com | **Initial Filing Number** <br> **2025464820-9** <br> **Filed On** <br> **April 6, 2025 08:22 AM** <br> **Number of Pages** <br> **1** |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)** <br> WALKERNOVA GROUP <br> c/o 30650 Rancho California Road, suite 406-251 <br> Temecula, CA 92591, USA | |

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| Q2 MANAGEMENT, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3016 SE DUNE DRIVE | STUART | FL | 34996 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| REAL PRIVATE IRR TRUST | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O 30650 RANCHO CALIFORNIA ROAD 406-251 | TEMECULA | CA | 92591 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral.

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL DEPOSIT FOR THE BENEFIT OF THE SECURED PARTY AND CLAIMANT OF THE ABSOLUTE CLAIM TO ALL INTEREST, TITLE, OWNERSHIP, CREDITS, SECURITY INTERESTS, RIGHTS, EXEMPTIONS, AND BENEFICIAL CLAIMS RELATED TO THE PRIVATE TRANSACTION INVOLVING THE REAL PROPERTY LOCATED AT 3016 SE DUNE DRIVE, STUART, FLORIDA 34996. THIS CLAIM SECURES ALL CONTRACTUAL RIGHTS, NEGOTIABLE INSTRUMENTS, LEGAL AND EQUITABLE INTERESTS, AND PROCEEDS ARISING FROM OR ASSOCIATED WITH THE OFFER TO PURCHASE DATED MARCH 28, 2025, TENDERED BY THE REAL PRIVATE IRR TRUST AND ACCEPTED BY CONDUCT, WRITTEN ACKNOWLEDGMENT, AND REMOVAL OF THE PROPERTY FROM THE MARKET AS OF APRIL 1, 2025. COLLATERAL INCLUDES, BUT IS NOT LIMITED TO, THE EXECUTED OFFER, ALL RIGHTS TO THE SUBJECT PROPERTY, ANY ESCROW OR DEED DOCUMENTATION, AND ALL TANGIBLE AND INTANGIBLE ASSETS, PROCEEDS, ASSIGNMENTS, SUBSTITUTIONS, AND ACCESSIONS RELATED TO THE TRANSACTION. AN AFFIDAVIT OF SALE, TENDER, AND VESTING OF TITLE HAS BEEN EXECUTED AND LAWFULLY SERVED UPON THE INTERESTED PARTIES, TOGETHER WITH THIS UCC-1 NOTICE, VIA REGISTERED MAIL UNDER TRACKING NUMBER RF775820771US. ALL OBLIGATIONS AND DEBTS RELATED TO THE COLLATERAL ARE HEREBY ASSIGNED TO THE OFFICE OF THE SECRETARY OF THE TREASURY PURSUANT TO 31 USC 3123, 31 USC 5118, AND 18 USC 8 FOR SETTLEMENT AND RECONCILIATION. THIS FILING IS MADE PURSUANT TO UCC ARTICLE 9 AND RELATED PROVISIONS, INCLUDING UCC 3-104, 3-303, 3-302, 3-306, 3-402, 3-419, 9-509, 9-105, AND 9-601 THROUGH 9-625. THE SECURED PARTY PROCEEDS IN EQUITY, COMMERCE, AND GOOD FAITH, RESERVING ALL RIGHTS WITHOUT PREJUDICE UNDER UCC 1-308. THIS IS A LAWFUL AND PUBLIC NOTICE FILING.

**5.** Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

**7.** ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8.** OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

-Exhibit G-

## OFFER and/or Purchase Agreement

Kevin Walker, *Authorized Representative*
**Real Private IRR Trust**
11400 West Olympic Boulevard
Los Angeles, California [90064]
kevinwalker1917@gmail.com

Date: March 28, 2025

To: Martin Conroy and/or Susan Turner
1648 SE Sailfish Point
Stuart, Florida
martinconroy33480@gmail.com

### RE: Binding OFFER to Purchase – 3016 SE Dune Drive, Stuart, Florida 34996

Dear Sir or Madam,

This letter serves as a **binding OFFER** to purchase the property located at **3016 SE Dune Drive, Stuart, Florida 34996** for the full asking price of **Forty-Five Million Dollars ($45,000,000.00 USD)** under the following terms and conditions:

### OOFFER Terms:

- **Purchase Price:** Forty-Five Million Dollars ($45,000,000.00 USD)
- **Buyer:** Real Private IRR Trust
- **Title To Be Held In:** A private trust, name and documentation to be disclosed at closing
- **Contingencies:** None (Offer is not subject to inspection, appraisal, or financing contingencies)
- **Funding:** Privately administered funds; ready and available for closing in accordance with the final settlement statement.
- **Closing Date:** To occur on or before **April 11, 2025**, or as mutually agreed in writing
- **Closing Costs:** To be allocated according to standard practices unless otherwise agreed
- **Earnest Consideration:** $1,000.00

This offer is made in **good faith** and is considered **binding upon written acceptance** by the seller or their authorized agent. Upon acceptance, both parties agree to proceed in good faith toward closing, and the undersigned is prepared to execute any customary or reasonable closing documents necessary to complete the transaction.

This document may serve as a mutually enforceable agreement upon countersignature and delivery, or it may be converted into a standard purchase and sale agreement by mutual consent.

All communications relating to this offer shall be conducted in writing to ensure clarity, documentation, and discretion.

Please confirm receipt and acceptance of this offer by returning a signed copy of this letter or indicating formal acceptance in writing.

All rights reserved without prejudice or recourse.

By: _____

**Kevin Walker**, *Authorized Representative.*

**ACCEPTED AND AGREED TO BY SELLER:**

Signat
Name
Date

-Exhibit H-



**From:** **Turner, Susan** Susan.Turner@corcoran.com
**Subject:** Re: OFFER - 3016 SE Dune Drive, Stuart, Florida 34996
**Date:** March 28, 2025 at 8:41 AM
**To:** Kevin W kevinwalker1917@gmail.com

Please explain.

Susan Turner
Jupiter Island Specialist
The Corcoran Group
561-371-8447

> On Mar 28, 2025, at 11:37 AM, Kevin W <kevinwalker1917@gmail.com> wrote:
>
> Hi Susan,
>
> There is interest in making an offer for the asking price ($45,000,000.00) and acquiring the property located at **3016 SE Dune Drive, Stuart, Florida 34996**. - https://www.zillow.com/homedetails/3016-SE-Dune-Dr-Stuart-FL-34996/54567377_zpid/
>
> Would you be able to provide a **purchase agreement for review**? This would be a **straightforward, no-contingency purchase**, with the **property titled to a private trust**. Please note that both the **funds and the acquisition are private**.
>
> A executed purchase agreement is required to appropriately handle the obligation.
>
>
>
> Best,
>
> Kevin
>
> The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.

**\*Wire Fraud is Real\*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions.** Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

-Exhibit I-

**From:** **Turner, Susan** Susan.Turner@corcoran.com
**Subject:** Fw: OFFER - 3016 SE Dune Drive, Stuart, Florida 34996
**Date:** March 28, 2025 at 11:21 AM
**To:** kevinwalker1917@gmail.com



Kevin,
Would this be in a Florida Land Trust?  May we schedule a ZOOM call so that I can ask you a few questions and find out more specifics?
Thank you,
Susan

Susan Turner
Jupiter Island Specialist
The Corcoran Group
561-371-8447

On Mar 28, 2025, at 12:32 PM, Turner, Susan <Susan.Turner@corcoran.com> wrote:

Susan M Turner
Jupiter Island Specialist
The Corcoran Group
561-371-8447

**From:** Kevin W <kevinwalker1917@gmail.com>
**Sent:** Friday, March 28, 2025 12:03 PM
**To:** Turner, Susan <Susan.Turner@corcoran.com>
**Subject:** Re: OFFER - 3016 SE Dune Drive, Stuart, Florida 34996

Hi Susan,
Thank you for your response. To clarify:
There is sincere interest in acquiring the property located at **3016 SE Dune Drive, Stuart, Florida 34996**, at the full asking price of **$45,000,000.00**.
This would be a **straightforward, no-contingency transaction**, with the property to be **titled to a private trust**.
The **funds and the acquisition process are private**, and the structure is already in place to proceed.
To move forward appropriately, we are requesting a **purchase agreement for review and execution**, as this is a necessary instrument to formally handle and process the obligation.
We're prepared to close within a customary or expedited timeline based on your preference.

Kevin
*Attorney-In-Fact*

On Mar 28, 2025, at 8:41 AM, Turner, Susan <Susan.Turner@corcoran.com> wrote:

Please explain.

Susan Turner
Jupiter Island Specialist
The Corcoran Group
561-371-8447

On Mar 28, 2025, at 11:37 AM, Kevin W <kevinwalker1917@gmail.com> wrote:

Hi Susan,
There is interest in making an offer for the asking price ($45,000,000.00) and acquiring the property located at **3016 SE Dune Drive, Stuart, Florida 34996**. - https://www.zillow.com/homedetails/3016-SE-Dune-Dr-Stuart-FL-34996/54567377_zpid/

Would you be able to provide a **purchase agreement for review**? This would be a **straightforward, no-contingency purchase**, with the **property titled to a private trust**. Please note that both the **funds and the acquisition are private**.
A executed purchase agreement is required to appropriately handle the obligation.

Best,

Kevin

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.

*Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

-Exhibit J-

**From:** **Martin A. Conroy** martinconroy33480@gmail.com 📎
**Subject:** Re: OFFER and/or Purchase Agreement - 3016 SE Dune Drive, Stuart, Florida 34996
**Date:** March 29, 2025 at 11:28 AM
**To:** Kevin W kevinwalker1917@gmail.com
**Cc:** Turner, Susan Susan.Turner@corcoran.com

Good afternoon Kevin,

The seller is interested in your offer and has requested a phone call between you, Susan and me to discuss further. Would you prefer that we give you a call, or would you like to call us? The owner has asked that we connect either today or tomorrow. You can reach Susan at (561) 371-8447 and me at (561) 523-6148.

Thanks,

Martin.

**Martin A. Conroy**

*Broker/Managing Partner*

## Sailfish Point Realty

1648 SE Sailfish Point Blvd.

Stuart, Florida 34996

www.sailfishpoint.com

c 561.523.6148

o 772.225.6200  |  f 772.225.6524



This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this communication immediately and are hereby notified that any disclosure, copying, dissemination, or distribution of this communication, or the taking of any action based on it, is strictly prohibited. If you receive this communication in error, please notify us immediately by calling 772.225.6200. Thank You.

On Fri, Mar 28, 2025 at 8:01 PM Kevin W <kevinwalker1917@gmail.com> wrote:
Hi Susan and Martin,

Attached to this email is a **binding offer** (if accepted) for the purchase of **3016 SE Dune Drive, Stuart, Florida 34996**, at the full asking price of **$45,000,000.00**.

The offer reflects a **private, no-contingency acquisition**, with the property to be titled in a **private trust** and funded through **privately administered means**. All relevant terms are outlined in the attached document for your review and consideration.

Please feel free to return the signed offer via email—an **electronic signature and scanned or digital copy is perfectly acceptable** for our records.

Kindly note that this offer will remain valid for **72 hours** from the time of this email and will expire thereafter unless accepted in writing.

Looking forward to your response.

Kevin
Authorized Representative

On Mar 28, 2025, at 11:46 AM, Kevin W <kevinwalker1917@gmail.com> wrote:

Hi

Yes the title would be held in a **private trust**, and a **Florida Land Trust** structure is certainly within consideration depending on how the title company prefers to handle the conveyance and recording. The goal is to preserve privacy and administrative flexibility.

At this time, I'm traveling and prefer to keep all communications in writing to ensure clarity, accuracy, and a clear paper trail for all parties involved. I've found this approach also helps maintain discretion and avoids any misunderstandings that can sometimes arise from informal or verbal exchanges.

I'd be happy to answer any specific questions you may have—feel free to send them over, and I'll respond promptly and thoroughly.

Kevin

On Mar 28, 2025 at 11:21 AM, Turner, Susan <Susan.Turner@corcoran.com> wrote:

Hi Kevin
Would this be in a Florida Land Trust?  May we schedule a ZOOM call so that I can ask you a few questions and find out more specifics?
Thank you
Susan

Susan Turner
Jupiter Island Specialist
The Corcoran Group
561.371.8447

On Mar 28, 2025, at 12:32 PM, Turner, Susan <Susan.Turner@corcoran.com> wrote:

Susan M Turner
Jupiter Island Specialist
The Corcoran Group
561-371-8447

**From:** Kevin W <kevinwalker1917@gmail.com>
**Sent:** Friday, March 28, 2025 12:03 PM
**To:** Turner, Susan <Susan.Turner@corcoran.com>
**Subject:** Re: OFFER - 3016 SE Dune Drive, Stuart, Florida 34996

Hi Susan
Thank you for your response. To clarify
There is sincere interest in acquiring the property located at **3016 SE Dune Drive, Stuart, Florida 34996**, at the full asking price of **$45,000,000.00**
This would be a **straightforward, no-contingency transaction**, with the property to be **titled to a private trust**. The **funds and the acquisition process are private**, and the structure is already in place to proceed
To move forward appropriately, we are requesting a **purchase agreement for review and execution**, as this is a necessary instrument to formally handle and process the obligation.
We're prepared to close within a customary or expedited timeline based on your preference.

Kevin
*Attorney-In-Fact*

On Mar 28 2025, at 8 41 AM, Turner, Susan <Susan.Turner@corcoran.com> wrote

Please explain

Susan Turner
Jupiter Island Specialist
The Corcoran Group
561-371-8447

On Mar 28, 2025, at 11:37 AM, Kevin W <kevinwalker1917@gmail.com> wrote

Hi Susan,
There is interest in making an offer for the asking price ($45,000,000.00) and acquiring the property located at **3016 SE Dune Drive, Stuart, Florida 34996** - https://www.zillow.com/homedetails/3016-SE-Dune-Dr-Stuart-FL-34996/54567377_zpid/
Would you be able to provide a **purchase agreement for review**? This would be a **straightforward, no-contingency purchase**, with the **property titled to a private trust** Please note that both the **funds and the acquisition are private**.
A executed purchase agreement is required to appropriately handle the obligation.

Best,

Kevin

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633 2. The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633 Thank you

*Wire Fraud is Real*. Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

-Exhibit K-



## Price history for 3016 SE Dune Dr

| Date | Event | Price |
|------|-------|-------|
| 4/1/2025 | Listing removed | $47,500,000 $4,093/sqft |
| 9/4/2024 | Listed for sale | $47,500,000 $4,093/sqft |
| 8/11/2024 | Listing removed | $47,500,000 $4,093/sqft |
| 1/25/2024 | Price change | $47,500,000 -19.5% $4,093/sqft |
| 5/11/2023 | Price change | $59,000,000 +20.4% $5,084/sqft |

⌄ Show more

## Public tax history

| Year | Property taxes | Tax assessment |
|------|----------------|----------------|
| 2023 | $259,529 +229.7% | $16,704,300 +260% |
| 2022 | $78,706 +5.3% | $4,640,000 +9.8% |
| 2021 | $74,875 -0.5% | $4,240,000 |

⌄ Show more

Find resource info on the [_____]

## Monthly payment

Est. $115,401

- Principal & interest $86,586
- Property taxes $23,247
- Home insurance $5,568

### Know your BuyAbility℠

Find out what you can afford and get personalized insights on homes you may pre-qualify for.

| Loan payment | Loan term |
|--------------|-----------|
| $ 3,040,360 | 720 & above ⌄ |

Calculate your BuyAbility

Powered by Zillow Home Loans  NMLS #10287

## Payment calculator

Explore the cost of this home by adjusting the details. Changes won't be saved

-Exhibit L-

Self-Executing Contract and Security Agreement — Express Mail #ER157615843US — April 9, 2025

**From/Claimant(s):** Kevin Walker, *Authorized Representative*
**Real Private IRR Trust**
30650 Rancho California Road #406-251
Temecula, Californi [92591]
Non-domestic *without* the United States
kevinwalker1917@gmail.com

**Date:** April 9, 2025

**To/Respondent(s):** Martin Conroy, Susan Turner,
Bruce W. Quinn, Susan L. Quinn, Fiduciary(ies)
c/o **SAILFISH POINT REALTY LLC and Q2 Management LLC**
1648 South East Sailfish Point boulevard
Stuart, Florida [34996]
martinconroy33480@gmail.com

# AFFIDAVIT OF COMMERCIAL DISHONOR

I, **Kevin: Walker**, a living man, over the age of majority, being competent to testify and having **first hand knowledge** of the **facts** herein **declare (or certify, verify, affirm, or state)** under penalty of perjury under the laws of the **United States of America** that the following is true and correct, to the best of my understanding and belief, and in **good faith:**

1.  I am the duly authorized **Fiduciary and Executor** of the REAL PRIVATE IRR TRUST, acting in that lawful capacity and not in any individual or private role.

2.  This Affidavit pertains to commercial and equitable matters involving the real property located at:

    **3016 SE Dune Drive, Stuart, Florida 34996** ("the Property")

3.  On or about **April 9, 205 at 11:43 AM**, I spoke to **Martin Conroy**, a licensed real estate broker affiliated with **Sailfish Point Realty, LLC**, who has been acting as a representative in connection with the above-described property.

4.  Prior to this phone call, the following had been lawfully delivered to and received by Mr. Conroy and/or associated parties:

    *   A full, unconditional **commercial offer** to purchase the property

-1 of 7-

**AFFIDAVIT OF COMMERCIAL DISHONOR**

Self-Executing Contract and Security Agreement — Express Mail #ER157615843US — April 9, 2025

1    • A **private negotiable instrument** in the amount of **Forty-Five Million**

2      **Dollars ($45,000,000.00 USD)**, tendered in good faith and in accordance

3      with **UCC § 3-104** and **UCC § 3-303**

4    • Affidavits of Tender, Performance, Dishonor, and Default

5    • A courtesy copy of the Verified Complaint to Quiet Title and for

6      Equitable Relief

7   5. **To date, the above-referenced negotiable instrument has not been**

8     **returned, dishonored, lawfully refused, nor rebutted, and therefore**

9     **remains in the possession, control, or constructive custody of Mr. Conroy**

10    **and/or the Defendants he represents.**

11   6. On the aforementioned call, Mr. Conroy expressly stated:

12     **"I am ignoring you."**

13   7. This verbal admission constitutes:

14    • **Commercial dishonor** and **bad faith in commerce**

15    • **Willful refusal** to respond, rebut, or cure

16    • A knowing **waiver of opportunity** to resolve the matter honorably

17    • **Retention of a lawful tender** and thus acceptance by conduct, under UCC §§

18     2-204, 3-303, and general principles of contract law

19   8. As of this date, Mr. Conroy has:

20    • Received and retained a **lawful negotiable instrument tendered for full value;**

21    • Failed to reject or return the instrument in accordance with law;

22    • Refused to communicate, negotiate, or rebut the commercial presentment;

23    • Expressly admitted to **ignoring lawful process;**

24   …and is now in **commercial default, equitable breach,** and may be deemed as

25   having **converted a financial instrument** valued at $45,000,000 USD, for which

26   **restitution, conveyance, and/or equitable remedy** is now due and owing

27   Executed *"without the United States"* in compliance with **28 USC § 1746**.

28   <u>**FURTHER AFFIANT SAYETH NOT.**</u>

Self-Executing Contract and Security Agreement — Express Mail #EK1576158... — April 9, 2025

## VERIFICATION:

### Pursuant to 28 U.S.C. § 1746

### BY AUTHORIZED REPRESENTATIVE WITH FIRSTHAND KNOWLEDGE

I, <u>Kevin Walker</u>, In my natural, private capacity, as authorized executor and fiduciary — not a U.S. citizen or agent of the United States, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the **United States of America**, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this <u>11th</u> day of <u>April</u> in the year of Our Lord two thousand and twenty five, *without* the United States, **with all rights reserved and without recourse and without prejudice.**

All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.

By: _____

Kevin Walker, *Attorney-In-Fact, Authorized Representative*

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses."* Matthew 18:16. *"In the mouth of two or three witnesses, shall every word be established"* 2 Corinthians 13:1.

Sui juris, By *Special Limited* Appearance,

By: _____

Donnabelle Mortel *(WITNESS)*

Sui juris, By *Special Limited* Appearance,

By: _____

Corey Walker (WITNESS)

**AFFIDAVIT OF COMMERCIAL DISHONOR**

Self-Executing Contract and Security Agreement — Express Mail #ER157615843US — April 9, 2025

# LIST OF EXHIBITS / EVIDENCE:

1. **Exhibit A:** Affidavit of Completed Sale, Discharge by Tender, and Vesting of Title in Real Private IRR Trust, with Demand for Deed and Escrow Closure (Registered Mail #RF775820771US),, dated April 5, 2025 (copy).

2. **Exhibit B:** AFFIDAVIT OF PERFECTED SECURITY INTEREST, EQUITABLE CLAIM, AND DEMAND FOR LAWFUL DEED OF CONVEYANCE (Registered Mail #RF775820771US), dated April 6, 2025 (copy).

3. **Exhibit C:** Affidavit of Lis Pendens and Constructive Notice of Secured Equitable Interest in Real Property Located at 3016 SE Dune Drive, Stuart, FL 34996 (Express Mail #EI126149320US), dated April 8, 2025 (copy).

4. **Exhibit D:** FINAL NOTICE AND DEMAND FOR CONVEYANCE, RELEASE, AND EQUITABLE CLOSURE, with Hold Harmless Agreement and Mutual Release of Claims (Express Mail #EI157615843US), dated April 8, 2025 (copy).

5. **Exhibit E:** Florida UCC-1 Filing, Reference No. 202500855099 (copy)

6. **Exhibit F:** Nevada UCC-1 Filing, Reference No. 2025464820-9 (copy)

7. **Exhibit G:** Signed Offer/*Negotiable Instrument* dated March 28, 2025 (copy).

8. **Exhibit H:** Email response dated March 28, 2025, at 11:21 AM (copy).

9. **Exhibit I:** Email response dated March 28, 2025, at 11:37 AM (copy).

10. **Exhibit J:** Email response dated March 29, 2025, at 11:28 AM (copy).

11. **Exhibit K:** Evidence of subject property taken off market on 04/01/2025 (copy).

//
//
//
//
//
//
//
//

**AFFIDAVIT OF COMMERCIAL DISHONOR**

Self-Executing Contract and Security Agreement — Express Mail #ER157615843US — April 9, 2025

# P R O O F   O F   S E R V I C E:

STATE OF CALIFORNIA            )

                               )    ss.

COUNTY OF RIVERSIDE            )

I competent, over the age of eighteen years, and not a party to the within action.  My mailing address is the Walkernova Group, **care of:** 30650 Rancho California Road suite #406-251**,** Temecula**,** California [92591].  On **April 9, 2025**, I served the within documents:

**1.**          AFFIDAVIT OF COMMERCIAL DISHONOR.

**2.**          Attachments/Exhibits A through K

**By United States Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below by placing the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepared. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail in Riverside County, California, and sent via Registered Mail with a form 3811.

Martin Conroy, Susan Turner, Bruce W. Quinn, Susan L. Quinn, Fiduciary(ies)
c/o **SAILFISH POINT REALTY LLC and Q2 Management LLC**
1648 South East Sailfish Point boulevard
Stuart, Florida [34996]
**Registered Mail #**RF775820771US

Bruce W. Quinn, Susan L. Quinn, Fiduciary(ies)
c/o **Q2 Management LLC**
3016 South East Dune Drive
Stuart, Florida [34996]
**Express Mail #**ER157615857US

**AFFIDAVIT OF COMMERCIAL DISHONOR**

Self-Executing Contract and Security Agreement — Express Mail #ER157615843US — April 9, 2025

1    On **April 9, 2025,** I served the within documents **by Electronic Service.** Based on

2    a court order and/or an **agreement of the parties** to accept service by electronic

3    transmission, I caused the documents to be sent to the persons at the electronic

4    notification addresses listed below.

5           Martin Conroy, Susan Turner, Bruce W. Quinn, Susan L. Quinn,
               Fiduciary(ies)

6           c/o **SAILFISH POINT REALTY LLC and Q2 Management** LLC

7           1648 South East Sailfish Point boulevard
               Stuart, Florida [34996]

8           martinconroy33480@gmail.com

9           susan.Turner@corcoran.com

10          Bruce W. Quinn, Susan L. Quinn, Fiduciary(ies)
               c/o **Q2 Management LLC**

11         3016 South East Dune Drive

12         Stuart, Florida [34996]
               martinconroy33480@gmail.com

13         susan.Turner@corcoran.com

14    I declare under penalty of perjury under the laws of the State of California

15    that the above is true and correct. Executed on **April 9, 2025** in Riverside County,

16    California.

17                                  _/s/Corey Walker/_
                                  Corey Walker

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25                                **NOTICE:**

26   Using a notary on this document does *not* constitute any adhesion, *nor does it alter my*

27   *status in any manner*. The purpose for notary is verification and identification **only** and

28   not for entrance into **any** foreign jurisdiction.

AFFIDAVIT OF COMMERCIAL DISHONOR

Self-Executing Contract and Security Agreement — Express Mail #ER157615843US — April 9, 2025

1

## JURAT:

2   State of Riverside )
3                     ) ss.
    County of Riverside )

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

4   Subscribed and ~~sworn~~ to (or affirmed) before me on this 9th day of _April, 2025_ by Kevin Walker proved to

5   me on  the basis of satisfactory evidence to be the person(s) who appeared before me.

6

7   _Joyti Patel_ ,                    Notary public

8   _Joytipatel_                       Seal:

JOYTI PATEL
Notary Public - California
Riverside County
Commission # 2407742
My Comm. Expires Jul 8, 2026

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-7 of 7-

**AFFIDAVIT OF COMMERCIAL DISHONOR**