-Exhibit M-

# (Private) Certification of Trust

The undersigned, **Kevin Walker**, in his private and *fiduciary* capacity, does hereby issue this **Private Certification of Trust**, and declares the following for the benefit of all private parties, trustees, and interested contracting counterparts:

1. **Trust Identity**
   This Certification refers to the **Real Private IRR Trust**, a **private, non-statutory, irrevocable trust**, formed by private contract and not under any legislative act or public registry.

2. **Date of Establishment**
   The Trust was established on **February 7, 2022**, and remains valid, active, and in full force and effect as of the date of this certification.

3. **Fiduciaries and Authorized Representatives**
   The following individuals are the **original *and* current Fiduciaries, Executors, and Authorized Representatives** of the Trust:

   - o  **Kevin: Walker**
   - o  **Donnabelle: Walker (formerly Mortel)**
   - o  **Corey: Walker**
   - o  **Adonis: Walker**
   - o  **Zoiya: Walker**

   These parties serve in their **private capacities**, with the authority to act independently as necessary in fulfillment of their roles and obligations under the Trust Instrument.

4. **Independent Authority to Act**
   Any one Fiduciary is authorized to take necessary actions on behalf of the Trust in accordance with its terms. Unless otherwise directed, actions may be taken independently, without requiring unanimous consent, unless limited by internal agreement.

5. **Duty to Defend and Protect Trust Assets**
   Each Fiduciary bears a continuing duty to preserve, protect, and defend the equitable interest and property of the Trust. This includes, but is not limited to:

   - Initiating or defending legal or commercial actions to safeguard Trust interests;
   - Perfecting security interests or claims through administrative and lawful means;
   - Executing documents or instruments necessary to maintain title, equity, or beneficial control;
   - Taking any action in equity or commerce necessary to prevent waste, fraud, forfeiture, or unauthorized conveyance of Trust property.

   This duty is recognized under general trust law and further affirmed by the Trust Instrument

6. **Title Holding & Vesting Language**
   Title to property held by the Trust shall be vested in:

   > "**WG EXPRESS TRUST**, Trustee of the **REAL PRIVATE IRR TRUST**, dated February 7, 2022"

7. **Private & Irrevocable Status**
   This Trust is expressly private, irrevocable, and non-public. It is not subject to statutory reporting, registration, or disclosure requirements. No amendments have been made that restrict the powers of the Fiduciaries.

8. **Authority to Convey Property**

The Fiduciaries are fully authorized to acquire, hold, manage, and convey property on behalf of the Trust. Conveyance may be executed upon authorization from the Beneficiary or Holder of Power of Direction, if applicable.

9. **Third-Party Reliance Clause**

Any third party dealing with the Fiduciary or Executor named herein is **not required to investigate or inquire** into the application of property or proceeds. All persons relying upon this Certification shall be held **harmless** and **free of liability** in all private dealings and transactions.

10. **Private Status Disclaimer**

This Certification is issued in the **private**, for informational and contractual purposes only, and shall not be construed as a public instrument, statutory filing, or registration with any government or foreign entity.

**All rights reserved without prejudice and without recourse, UCC § 1-308, 3-402**

By _____

**Kevin Walker**, *Fiduciary, Executor, and Attorney-in-Fact*
**REAL PRIVATE IRR TRUST**

**NOTICE:**

Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner.* The purpose for notary is verification and identification **only** and **not** for entrance into **any** foreign jurisdiction.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    )
                                                           SS
COUNTY OF LOS ANGELES              )

On February 7, 2022 before me, JAMES J. JOHNSON, JR., a Notary Public, personally appeared KEVIN LEWIS WALKER, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____          (Seal)

JAMES J. JOHNSON JR.
COMM. #2353224
Notary Public - California
Los Angeles County
My Comm. Expires Mar. 28, 2025

-Exhibit N-

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martin Conroy, Susan, Agent(s)
C/o SAILFISH REALTY
1698 SE Sailfish Point BLVD
Stuart, Florida (34996)

9590 9402 7361 2028 6947 85

2  ER 157 615 843 US

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X B-Anderson

□ Agent
□ Addressee

B. Received by (Printed Name)

B Anderson

C. Date of Delivery

4-11-25

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

1626

3. Service Type
- □ Adult Signature
- □ Adult Signature Restricted Delivery
- □ Certified Mail®
- □ Certified Mail Restricted Delivery
- □ Collect on Delivery
- □ Collect on Delivery Restricted Delivery
- □ Insured Mail
- □ Insured Mail Restricted Delivery (over $500)

- □ Priority Mail Express®
- □ Registered Mail™
- □ Registered Mail Restricted Delivery
- □ Signature Confirmation™
- □ Signature Confirmation Restricted Delivery

Domestic Return Receipt

-Exhibit O-

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Quinn, Susan Quinn
%0 Q2 MANAGEMENT
3016 South East Dune Dine
Stuart, Florida [34996]

9590 9402 9404 5002 2737 21

ER 157 615 865 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☑ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

-Exhibit P-

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martin Conroy, Susan, Agent(s)
C/o SAILFISH REALTY
1648 South East Sailfish Point Blvd
Stuart, Florida [34996]

9590 9402 9404 5002 2736 91

ER 157 615 874 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

-Exhibit Q-

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martin Conroy, Susan Turner
% Q2 MANAGMENT / SAILFISH
                    POINT REALTY
1648 SE Sailfish Point BLVD
Stuart, Florida [34996]

9590 9402 9404 5002 2744 14

EI 986 286 656 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                              ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                  4 9 25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

-Exhibit R-

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martin
c/o SAILFISH REALTY
1648 SE Jailfish Point BLVD
Stuart, Florida (34996)

9590 9402 9404 5002 2728 61

2. Article Number (Transfer from service label)
RF 775 825 181 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X B. Anderson ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
R. Anderson

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

-Exhibit S-

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

APR 11 2025




# UNITED STATES POSTAL SERVICE®

## PRIORITY® MAIL

**FROM:**
REAL PRIVATE IRR TRUST
℅ 30650 Rancho California Road
#406-251

Temecula, California [92591]

■ Expected delivery date specified for d

**REGISTERED MAIL™**

RF 775 821 030 US

Retail

U.S. POSTAGE PAID
PM
TEMECULA, CA 92591
APR 11, 2025

34998    $32.80

RDC 03    0 Lb 13.90 Oz   S2324H50487D-1

Is regarding claims exclusions see

★ 9626 REFUSED 4.19.25

To schedule free Package Pickup,

**TO:**
Morton Conroy, Susan Tunnel
-R-T-S- 34996 REALTY
c         REALTY
RETURN TO SENDER  C. fish Point
UNABLE TO FORWARD  *RF 04/19/25
RETURN TO SENDER



*R
F
S*

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martin Conroy, Susan Agent(s)
℅ SAILFISH REALTY
1648 South East Sailfish Point Blvd
Stuart, California [34996]

9590 9402 9404 5002 2733 49

2. Article Number (Transfer from service label)

RF 775 821 030 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt



-Exhibit T-








PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SEAL
PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED
APR 11 2025
UNITED STATES POSTAL SERVICE®
PRIORITY® MAIL
Retail
U.S. POSTAGE PAID
PM
TEMECULA, CA 92591
APR 11, 2025
34996
$32.80
S2324H504870-1
RDC 03
REGISTERED MAIL™
RF 775 821 043 US
*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.
FROM:
REAL PRIVATE IRR TRUST
c/o 30650 Rancho California Road
#406-251
Temecula, California [92591]
9626 * →
REFUSED 4.19.25
TO:
Bruce Quinn, Susan Quinn
c/o Q2 MANAGEMENT, LLC
34996-RFS-1N
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER
RF 04/19/25
* RFS *
SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to:
Bruce Quinn, Susan Quinn
c/o Q2 MANAGEMENT LLC
3016 South East Dune Drive
Stuart, Florida [34996]
9590 9402 9404 5002 2733 32
2. Article Number (Transfer from service label)
RF 775 821 043 US
PS Form 3811, July 2020 PSN 7530-02-000-9053
COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
Domestic Return Receipt

-Exhibit U-



-Exhibit V-



-Exhibit W-

From: **Douglas Kress** dkress@schwedpa.com 📎
Subject: RE: Formal Notice of Intent to Seek Sanctions for Continued Misconduct (CASE NO.: 25000368CAAXMX)
Date: June 2, 2025 at 11:00 AM
To: WALKERNOVA GROUP team@walkernovagroup.com, Martin A. Conroy martinconroy33480@gmail.com, Turner, Susan susan.turner@corcoran.com, susan.quinn@q3properties.com, bruce.quinn@webtv.net
Cc: Lori Randell lrandell@schwedpa.com, Ashley Marcus amarcus@schwedpa.com

I would like to request a status conference with the judge.  Please let me know if you have any objection to the court conducting a status conference.

Thank you.

Douglas J. Kress, Esq.
Schwed Kahle & Kress, P.A.
11390 North Jog Road – Ste. 102
Palm Beach Gardens, Florida 33418

AV® Preeminent™ Rating by Martindale-Hubbell

dkress@schwedpa.com
Direct Dial (561)273-4758
Cell Phone (561)693-9897
Main Line (561)694-0070
Facsimile (561) 694-0057



This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.

**From:** WALKERNOVA GROUP <team@walkernovagroup.com>
**Sent:** Monday, June 2, 2025 1:56 PM
**To:** Martin A. Conroy <martinconroy33480@gmail.com>; Turner, Susan <susan.turner@corcoran.com>; susan.quinn@q3properties.com; bruce.quinn@webtv.net
**Cc:** Douglas Kress <dkress@schwedpa.com>; Lori Randell <lrandell@schwedpa.com>; Ashley Marcus <amarcus@schwedpa.com>
**Subject:** Formal Notice of Intent to Seek Sanctions for Continued Misconduct (CASE NO.: 25000368CAAXMX)

**Douglas J. Kress.**

~~Douglas J. Kross,~~

This email serves as **formal notice** of my intent to seek **sanctions** against you pursuant to the Florida Rules of Civil Procedure, including but not limited to **Rule 1.525** and this Court's **inherent authority** to sanction bad-faith and abusive conduct.

Despite your knowledge of:

- My properly filed and **verified commercial tender**;
- The record's inclusion of **unrebutted affidavits**;
- My repeated clarification of standing in **private capacity as real party in interest**, and
- The fact that your clients are in **default and dishonor** per statutory and commercial law,

—you have continued to submit **unverified**, **procedurally defective**, and **factually misleading filings**, including false representations of fact, unsupported legal conclusions, and calculated avoidance of dispositive record materials.

Your most recent filings exhibit a **pattern of simulated legal process** and obstruction, and appear designed to:

1. **Harass**, delay, and confuse material facts;
2. **Suppress adjudication** of commercial tender and equity;
3. And **burden this Court** with knowingly frivolous defenses.

**Let it be known** that I am preparing to move for:

- **Monetary sanctions**, including costs incurred responding to baseless pleadings;
- **Judicial notice of your procedural misconduct**;
- And, if necessary, a **civil claim for abuse of process and RICO predicate activity**, should this pattern persist.

You are hereby placed on notice to **immediately cease and desist** from mischaracterizing the record, misrepresenting facts, or filing pleadings in violation of your oath, duties of candor, or the Florida Bar Rules of Professional Conduct.

If this conduct continues, a verified motion for sanctions and supporting affidavit will be submitted into the record.

Sincerely,

**Kevin: Realworldfare**
*sui juris, in propria persona*
**All Rights Reserved, Without Prejudice**

The information contained in this e-mail message is privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient or the employee or agent responsible, please deliver it to the intended recipient.  You are hereby notified that any dissemination, distribution, or copying of this communication is strictly

any dissemination, distribution, or copying of this communication is strictly prohibited.  If this is delivered to you in error, please notify us by e-mail or telephone, and delete the original message. The information in this email including the name of the above sender shall not be considered an electronic signature under Civil Code § 1633.2.  The information in this email and/or the conduct of the parties does not give implied consent to conduct a transaction by electronic means under Civil Code § 1633. Thank you.

-Exhibit X-

# Rule 8.4: Misconduct

Share:

f    [Twitter]    in    ✉    🖨

## *Maintaining The Integrity Of The Profession*

It is professional misconduct for a lawyer to:

(a) violate or attempt to violate the Rules of Professional Conduct, knowingly assist or induce another to do so, or do so through the acts of another;

(b) commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects;

(c) engage in conduct involving dishonesty, fraud, deceit or misrepresentation;

(d) engage in conduct that is prejudicial to the administration of justice;

(e) state or imply an ability to influence improperly a government agency or official or to achieve results by means that violate the Rules of Professional Conduct or other law;

(f) knowingly assist a judge or judicial officer in conduct that is a violation of applicable rules of judicial conduct or other law; or

(g) engage in conduct that the lawyer knows or reasonably should know is harassment or discrimination on the basis of race, sex, religion, national origin, ethnicity, disability, age, sexual orientation, gender identity, marital status or socioeconomic status in conduct related to the practice of law. This paragraph does not limit the ability of a lawyer to accept, decline or withdraw from a representation in accordance with Rule 1.16. This paragraph does not preclude legitimate advice or advocacy consistent with these Rules.

Comment | Table of Contents | Next Rule

-Exhibit Y-

**25000368CAAXMX - REAL PRIVATE IRR TRUST BY AND THROUGH ITS FIDUCIARY AND EXECUTOR KEVIN WALKER vs. CONROY, MARTIN**

### SUMMARY

| | | |
|---|---|---|
| **Judge:** | **Court Type:** | **Case Type:** |
| MCNICHOLAS, MICHAEL J | Circuit Civil | OTHER REAL PROPERTY $250,000+ |
| **Case Number:** | **Uniform Case Number:** | **Status:** |
| 25000368CAAXMX | 432025CA000368CAAXMX | OPEN-ACTIVE |
| **Clerk File Date:** | **Status Date:** | **Waive Speedy Trial:** |
| 4/9/2025 | 4/9/2025 | ☐ |
| **Total Fees Due:** | **Custody Location:** | **Agency:** |
| 1505.00 | | |
| **Agency Report Number:** | | **Foreclosure:** |

### PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| ATTORNEY | KRESS, DOUGLAS J. | |
| ATTORNEY | KRESS, DOUGLAS J. | |
| ATTORNEY | KRESS, DOUGLAS J. | |
| ATTORNEY | MACARTHUR-BROOKS, STEVEN | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| ATTORNEY | PRO SE | |
| PLAINTIFF | REAL PRIVATE IRR TRUST BY AND THROUGH ITS FIDUCIARY AND EXECUTOR KEVIN WALKER | MACARTHUR-BROOKS, STEVEN (Main Attorney) |
| DEFENDANT | CONROY, MARTIN | 1 KRESS, DOUGLAS J. (Main Attorney)<br>0 |
| DEFENDANT | SAILFISH POINT REALLY LLC | 1 KRESS, DOUGLAS J. (Main Attorney)<br>0 |
| DEFENDANT | Q2 MANAGEMENT LLC | PRO SE (Main Attorney) |
| DEFENDANT | CONROY AS BROKER, MARTIN | 1 KRESS, DOUGLAS J. (Main Attorney)<br>0 |
| DEFENDANT | DOE 1 | PRO SE (Main Attorney) |
| DEFENDANT | DOE 2 | PRO SE (Main Attorney) |
| DEFENDANT | DOE 3 | PRO SE (Main Attorney) |
| DEFENDANT | DOE 4 | PRO SE (Main Attorney) |
| DEFENDANT | DOE 5 | PRO SE (Main Attorney) |
| DEFENDANT | DOE 6 | PRO SE (Main Attorney) |
| DEFENDANT | DOE 7 | PRO SE (Main Attorney) |
| DEFENDANT | DOE 8 | PRO SE (Main Attorney) |
| DEFENDANT | DOE 9 | PRO SE (Main Attorney) |
| DEFENDANT | DOE 10 | PRO SE (Main Attorney) |
| DEFENDANT | QUINN, SUSAN L | |
| DEFENDANT | QUINN, BRUCE | |

### EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | |
|---|---|---|---|---|---|
| | | | No Events on Case | | |

### OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | NNLP-EPORTAL | NOTICE LIS PENDENS - EPORTAL | $5.00 | $5.00 | $0.00 | $0.00 | | |
| 2 | NNLP-EPORTAL | NOTICE LIS PENDENS - EPORTAL | $12.00 | $12.00 | $0.00 | $0.00 | | |
| 3 | AF03 | FORECLOSURE > 250,000 | $1,905.00 | $400.00 | $0.00 | $1,505.00 | | |
| 4 | EPORT SUMM CV | CIRCUIT EPORTAL SUMMONS $10.00 | $10.00 | $10.00 | $0.00 | $0.00 | | |
| | | | | | Total Outstanding: | $1,505.00 | | |

## RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| 4/11/2025 | 250015301 | $10.00 |
| 4/11/2025 | 250015299 | $17.00 |
| 4/11/2025 | 250015298 | $400.00 |
| 4/11/2025 | 250015154 | $0.00 |
| 4/10/2025 | 250015002 | $0.00 |

## CASE DOCKETS

| DIN | IMAGE | DATE | ENTRY |
|---|---|---|---|
| 40 | 2 | 6/3/2025 | ORDER GRANTING DEFENDANTS, MARTIN CONROY AND SAILFISH POINT REALTY, LLC'S MOTION TO DISMISS AMENDED VERIFIED COMPLAINT TO QUIET TITLE AND FOR EQUITABLE RELIEF; SIGNED 6/3/2025 |
| 39 | 15 | 6/2/2025 | PLAINTIFF'S VERIFIED NOTICE OF NON-CONSENT TO INFORMAL STATUS CONFERENCE AND DECLARATION OF PERFECTED RECORD PENDING JOINDER OF INDISPENSABLE PARTIES |
| 36 | 10 | 6/1/2025 | VERIFIED REQUEST FOR JUDICIAL NOTICE AND MEMORANDUM OF LAW IN |
| 38 | 14 | 5/31/2025 | VERIFIED AFFIDAVIT BY KEVIN: REALWORLDFARE |
| 37 | 21 | 5/31/2025 | VERIFIED AFFIDAVIT AND CONDITIONAL ACCEPTANCE FOR VALUE OF DEFENDANTS MARTIN CONROY AND SAILFISH POINT REALTY LLC'S RESPONSE IN OPPOSITION AND MARTIN CONROY'S AFFIDAVIT, AND NOTICE OF BINDING COUNTER-OFFER |
| 35 | 114 | 5/31/2025 | VERIFIED NOTICE OF FILING EXHIBITS / EVIDENTIARY MATERIALS |
| 33 | 31 | 5/30/2025 | PLAINTIFF'S VERIFIED POINT-BY-POINT REBUTTAL, MEMORANDUM OF LAW, AND RESERVATION OF RIGHTS TO AMEND AND DEFER SUMMARY JUDGMENT IN EQUITY |
| 34 | 49 | 5/29/2025 | DEFENDANTS' MARTIN CONROY AND SAILFISH POINT REALTY, LLC RESPONSE IN OPPOSITION TO PLAINTIFF'S DEMAND FOR SUMMARY JUDGMENT IN EQUITY |
| 32 | 9 | 5/28/2025 | VERIFIED JUDICIAL NOTICE OF RECORD FACTS AND DEMAND FOR RECOGNITION OF UNREBUTTED EVIDENCE |
| 31 | 9 | 5/28/2025 | VERIFIED FINAL NOTICE AND DEMAND FOR JUDICIAL DETERMINATION AND ENTRY OF FINAL JUDGMENT QUIETING TITLE |
| 30 | 11 | 5/20/2025 | VERIFIED MOTION AND DEMAND FOR FINAL SUMMARY JUDGMENT, EQUITABLE QUIET TITLE, AND ORDER OF SPECIFIC PERFORMANCE, PURSUANT TO UNREBUTTED COMMERCIAL TENDER, DEFAULT, AND ESTOPPEL |
| 29 | 15 | 5/20/2025 | VERIFIED RESPONSE IN SUPPORT OF PLAINTIFF'S MOTION AND DEMAND TO STRIKE, AND DEMAND FOR JUDICIAL RECOGNITION OF PROCEDURAL DEFAULT, STRIKING OF DEFECTIVE MOTION, AND ENTRY OF FINAL JUDGMENT QUIETING TITLE |
| 28 | 5 | 5/19/2025 | DEFENDANTS MARTIN CONROY AND SAILFISH POINT REALTY, LLC RESPONSE IN OPPOSITION TO KEVIN WALKER'S VERIFIED MOTION AND DEMAND TO STRIKE DEFENDANTS' UNVERIFIED AND PROCEDURALLY DEFECTIVE MOTION TO DISMISS AS VOID FOR LACK OF AFFIDAVIT, JURISDICTION, REBUTTAL, AND LACK OF COMMERCIAL GOOD FAITH |
| 27 | 12 | 5/1/2025 | VERIFIED MOTION AND DEMAND TO STRIKE DEFENDANTS' UNVERIFIED AND PROCEDURALLY DEFECTIVE MOTION TO DISMISS AS VOID FOR LACK OF AFFIDAVIT, JURISDICTION, REBUTTAL, AND LACK OF COMMERCIALLY GOOD FAITH |
| 26 | 21 | 4/29/2025 | VERIFIED RESPONSE TO MOTION TO DISMISS, CONDITIONAL ACCEPTANCE, AND DEMAND TO DENY DISMISSAL AND ISSUE FINAL JUDGMENT IN FAVOR OF PLAINTIFF |
| 25 | 34 | 4/29/2025 | MOTION TO DISMISS AMENDED VERIFIED COMPLAINT TO QUIET TITLE AND FOR EQUITABLE RELIEF WITH SUPPORTING MEMORANDUM OF LAW |
| 24 | 2 | 4/29/2025 | NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES DOUGLAS J. KRESS ON BEHALF OF DEFENDANT MARTIN CONROY, SAILFISH POINT REALTY LLC |
| 23 | 2 | 4/19/2025 | PROPOSED FINAL JUDGMENT QUIETING TITLE |
| 22 | 5 | 4/19/2025 | NOTICE OF FILING PROPOSED FINAL JUDGMENT |
| 21 | 5 | 4/19/2025 | DEMAND FOR SUMMARY JUDGMENT IN EQUITY |
| 20 | 17 | 4/19/2025 | AMENDED VERIFIED COMPLAINT TO QUIET TITLE AND FOR EQUITABLE RELIEF |
| 19 | 2 | 4/11/2025 | PAYMENT $10.00 RECEIPT #250015301 |
| 18 | 2 | 4/11/2025 | PAYMENT $17.00 RECEIPT #250015299 |
| 17 | 2 | 4/11/2025 | PAYMENT $400.00 RECEIPT #250015298 |
| 3 | | 4/11/2025 | NOTICE LIS PENDENS - EPORTAL ASSESSED $5.00 |
| 4 | | 4/11/2025 | NOTICE LIS PENDENS - EPORTAL ASSESSED $12.00 |
| 16 | 68 | 4/11/2025 | NOTICE OF FILING EXHIBITS/EVIDENTIARY MATERIALS |
| 15 | | 4/11/2025 | CIRCUIT EPORTAL SUMMONS $10.00 ASSESSED $10.00 |
| 1 | | 4/11/2025 | NEW CIVIL FILING ASSESSED $400.00 |
| 14 | 1 | 4/11/2025 | RECEIPT # 250015154 MODIFIED: PAYMENT $0.00 |
| 13 | 1 | 4/11/2025 | RECEIPT # 250015002 MODIFIED: PAYMENT $0.00 |
| 12 | 1 | 4/11/2025 | PAYMENT $10.00 RECEIPT #250015154 |
| 10 | 4 | 4/11/2025 | AFFIDAVIT OF LIS PENDENS AND CONSTRUCTIVE NOTICE OF SECURED EQUITABLE INTEREST IN REAL PROPERTY LOCATED AT 3016 SE DUNE DRIVE, STUART, FL 34996 |
| 11 | 12 | 4/10/2025 | PROPOSED 20 DAY SUMMONS TO BE ISSUED AND RETURNED BY EMAIL $10: MARTIN CONROY |
| 9 | | 4/10/2025 | FORECLOSURE > 250,000 ASSESSED $1905.00 |
| 8 | | 4/10/2025 | CLERK'S NOTES- NO SUMMONS FILED |
| 7 | 1 | 4/10/2025 | PAYMENT $417.00 RECEIPT #250015002 |
| 6 | 78 | 4/9/2025 | VERIFIED COMPLAINT TO QUIET TITLE AND FOR EQUITABLE RELIEF |
| 5 | 3 | 4/9/2025 | CIVIL COVER SHEET |
| 2 | | 4/9/2025 | CASE FILED 04/09/2025 CASE NUMBER 25000368CAAXMX |