Express Mail No. ER 245 220 510 US — Date: February 14, 2026

Kevin, *in propria persona*
**Care of:** 2082 Highway 183 #170-229
Leander, Texas
Email: team@walkernovagroup.com



*Plaintiff, Real Party In Interest,
Injured Party In Fact, Secured Party, Heir*

FILE ON DEMAND

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ~~Kevin: Realworldfare,~~<br>   *Plaintiff/Real Party In Interest,*<br><br>   *vs.*<br><br>**Douglas J. Kress, Martin Conroy,<br>SAILFISH POINT REALTY, LLC,<br>Michael J. McNicholas, Bruce Quinn,<br>Susan Quinn, Does 1-10**, inclusive,<br>   *Defendants.* | Case No.: 2:25-cv-14196<br><br>**VERIFIED WRITTEN RESPONSE TO ORDER TO SHOW CAUSE (DKT 71) AND NOTICE OF INABILITY TO APPEAR IN PERSON** |

COMES NOW Plaintiff, Kevin, by special limited appearance, reserving all rights, remedies, and defenses, respectfully submitting this Written Response to the Court's Order to Show Cause and providing formal notice that he is presently unable to attend the scheduled in-person hearing.

### I. NOTICE OF INABILITY TO APPEAR

Plaintiff respectfully informs the Court that he is presently subject to circumstances that materially restrict his physical mobility and ability to travel, and he is therefore unable to attend the in-person Show Cause Hearing set for February 19, 2026.

Express Mail No. ER 245 220 510 US— Date: February 14, 2026

This inability to appear is not willful, evasive, or in disregard of the Court's authority. It arises solely from present constraints outside Plaintiff's control that prevent travel, transport, or voluntary physical appearance.

Plaintiff respectfully requests that the Court accept this written submission in lieu of personal appearance.

Plaintiff affirms his respect for the Court and his intent to comply with all lawful orders to the fullest extent permitted by his present circumstances.

## II. BASIS FOR BELIEF HE COULD REPRESENT TRUST-RELATED INTERESTS

Plaintiff acknowledges the Court's concern regarding his attempts to advance claims involving a trust structure while proceeding as a non-lawyer.

Plaintiff states under oath that his understanding was formed in reliance upon Rule 17(a) of the Federal Rules of Civil Procedure, which provides in relevant part:

"An action must be prosecuted in the name of the real party in interest."

Based on his research and interpretation, Plaintiff believed that where he held a direct beneficial, equitable, or secured interest in the subject property and related trust res, he qualified as a real party in interest with standing to assert claims protecting those interests.

Plaintiff did not understand his actions to constitute legal representation of the trust as separate counsel for another entity, but rather as an attempt to protect interests he believed were personally vested and legally cognizable.

If that interpretation was incorrect as a matter of law, Plaintiff acknowledges the Court's clarification and states that any misunderstanding arose from legal misinterpretation — not from intent to circumvent procedural rules or engage in unauthorized practice.

## III. USE OF ARTIFICIAL INTELLIGENCE AND CITATION ERRORS

Plaintiff further addresses the Court's concerns regarding case law citations identified as inaccurate or potentially generated through artificial intelligence research tools.

Express Mail No. ER 245 220 510 US — Date: February 14, 2026

Plaintiff affirms the following:
- Artificial intelligence research tools were utilized as drafting and research aids;
- Such tools are widely available and commonly relied upon by self-represented litigants;
- Plaintiff used these tools believing them to be helpful and reasonably reliable for identifying legal authorities;
- Plaintiff did not rely solely upon such tools and conducted independent research to the best of his ability to review and support the information presented.

Any citation inaccuracies, quotation errors, or incorrect authorities were unintentional and resulted from research limitations and reliance on sources Plaintiff believed to be accurate at the time of filing.

At no time did Plaintiff knowingly submit fabricated, falsified, or misleading citations, nor was any inaccurate authority presented with intent to mislead the Court.

## IV. GOOD FAITH BASIS, CONSTITUTIONAL FOUNDATION, AND LITIGATION INTENT

Plaintiff respectfully affirms:
- This civil action was initiated based upon a genuine belief in its legal and factual basis;
- All filings were made following the research efforts Plaintiff was able to conduct as a non-lawyer;
- Plaintiff believed he was exercising rights secured and protected under the United States Constitution, including but not limited to:
    - **First Amendment** — the right to petition the Government for redress of grievances and access the courts;
    - **Fifth Amendment** — the right to due process of law in the adjudication of claims and disputes;
    - **Seventh Amendment** — the right to pursue civil claims and have matters heard in a court of law where applicable;

Express Mail No. ER 245 220 510 US— Date: February 14, 2026

- ○ **Fourteenth Amendment** — the guarantee of due process and equal protection in judicial proceedings.

Plaintiff believed the statements, arguments, and authorities presented were factually accurate and legally supportable to the best of his knowledge and belief at the time they were filed. Nothing submitted in this matter was filed with intent to defraud, harass, act unlawfully, or impose improper burden upon the Court or any party.

All submissions were made for the purpose of presenting claims for adjudication as Plaintiff understood the facts and law in good faith.

## V. REMEDIAL POSITION AND FUTURE COMPLIANCE

Plaintiff respectfully states:

- He accepts the Court's guidance regarding standing and representation limitations;
- He will refrain from attempting to advance claims on behalf of trust entities without licensed counsel where required;
- He will endeavor to exercise greater care in reviewing citations and authorities in any future filings.

Plaintiff offers these assurances in recognition of the Court's supervisory role and in continued good-faith effort to maintain procedural compliance.

## VI. REQUEST REGARDING SANCTIONS

Given the foregoing circumstances, Plaintiff respectfully requests the Court decline to impose sanctions or restricted filer designation.

Plaintiff emphasizes:

- No improper intent motivated the filings;
- No submission was made with intent to defraud, mislead, or act unlawfully;
- Citation errors were inadvertent;
- Plaintiff conducted research to the best of his ability as a self-represented litigant;

- Plaintiff believed the information presented to be true and correct to the best of his knowledge and belief at the time of filing.

Plaintiff respectfully submits that these circumstances weigh against the imposition of sanctions or filing restrictions.

## VII. CONCLUSION

Plaintiff reiterates his respect for the Court and his commitment to compliance with all applicable procedural standards.

He apologizes for any burden caused by citation inaccuracies or procedural misunderstandings and affirms that all actions were undertaken in pursuit of civil adjudication as he understood his rights and obligations at the time, and in the sincere belief that the matters presented were accurate and properly brought before the Court.

**WHEREFORE, Plaintiff respectfully requests:**

1. Acceptance of this written response in lieu of personal appearance;
2. Consideration of Plaintiff's present inability to attend in person;
3. A determination that sanctions or filing restrictions are unwarranted;
4. Such other and further relief as the Court deems just and proper.

Express Mail No. ER 245 220 510 US— Date: February 14, 2026

## VERIFICATION:

### Pursuant to 28 U.S.C. § 1746

I, Kevin, over the age of 18, competent to testify, and having **firsthand knowledge** of the facts stated herein, do hereby **declare, certify, verify, affirm, and state** under penalty of perjury under the laws of the United States of America, that the foregoing statements are **true, correct, and complete**, to the best of my **understanding, knowledge, and belief**, and made in **good faith**.

Executed, signed, and sealed this 14th day of February in the year of Our Lord two thousand and twenty six, *without* the United States.

        All rights reserved without prejudice.

By:____*Kevin*_____

**Kevin**, *Real Party In Interest,*
*Secured Party, Injured Party In Fact, Heir, Creditor*

Express Mail No. ER 245 220 510 US— Date: February 14, 2026

# PROOF OF SERVICE

STATE OF TEXAS )
                                      ) ss.
COUNTY OF WILLIAMSON )

I am competent, over the age of eighteen years, and not a party to the within action. My mailing address is the Walkernova Group, care of: 2082 Highway 183 #170-229, Leander, Texas. On or about **February 14, 2026**, I served the within documents:

1. **VERIFIED WRITTEN RESPONSE TO ORDER TO SHOW CAUSE (dKT 71) AND NOTICE OF INABILITY TO APPEAR IN PERSON**

On or about **February 14, 2026,** I served the within documents **by Electronic Service.** Based on a court order and/or an **agreement of the parties** to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

    **Martin Conroy**
    c/o SAILFISH POINT REALTY LLC
    1648 South East Sailfish Point boulevard
    Stuart, Florida [34996]
    martinconroy33480@gmail.com
    susan.Turner@corcoran.com

    **Bruce W. Quinn, Susan L. Quinn**
    3016 South East Dune Drive
    Stuart, Florida [34996]
    bruce.quinn@webtv.net
    susan.quinn@q3properties.com

    **Douglas J. Kress**

Express Mail No. ER 245 220 510 US — Date: February 14, 2026

c/o SCHWED KAHLE & KRESS, P.A.
11390 North Jog Road, Suite 102
Palm Beach Gardens, FL 33418
dkress@schwedpa.com
lrandell@schwedpa.com

**Michael J. McNicholas**
100 SE Ocean Blvd Ste 300
Stuart, FL 34994-2207
mcnicholasm@circuit19.org

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct. Executed on **February 14, 2026** in Williamson County, Texas.

                                          */s/Chris Yarbra/*
                                             Chris Yarbra

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

**UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( 310 ) 923 8521

Kevin
c/o 2082 Highway 183 #170-229
Leander, Texas 78641

DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

Clerk of Court
101 S US Highway 1, Room 1016
Fort Pierce, Florida

ZIP + 4® (U.S. ADDRESSES ONLY)
3 4 9 5 0 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

 **PEEL FROM THIS CORNER**

EP13F October 2023
OD: 12 1/2 x 9 1/2



Retail

**US POSTAGE PAID**
**$33.25**
Origin: 78641
02/14/26
4850400688-9

**PRIORITY MAIL EXPRESS®**

KEVIN R
STE 170
2082 HIGHWAY 183
LEANDER TX 78641-1789
(310) 923-8521

0 Lb 2.80 Oz

RDC 07

SCHEDULED DELIVERY DAY: 02/19/26 08:00 PM

C007

SHIP TO:
CLERK OF COURT
101 S HWY 1
FORT PIERCE FL 34950-4209



USPS TRACKING® #

 

9570 1143 9581 6045 9347 14



**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.



# PRIORITY MAIL EXPRESS®



## AT RATE ENVELOPE
ATE ■ ANY WEIGHT

chedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

T US AT USPS.COM®
ER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

## GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.