UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14196-CIV-CANNON

**KEVIN REALWORLDFARE**,

    Plaintiff,

v.

**DOUGLAS J. KRESS,** *et al.*,

    Defendants.
_____/

**SUPPLEMENTAL ORDER TO SHOW CAUSE**

    **THIS CAUSE** comes before the Court upon a sua sponte review of the record. After discovering numerous incorrect case law citations and quotations in Plaintiff's filings, which Plaintiff now admits were hallucinated by generative artificial intelligence [ECF No. 75 pp. 2–3], the Court set a show cause hearing, first set for February 19, 2026 [ECF No. 71], and then reset for March 26, 2026 (the "Show Cause Hearing") [ECF No. 74].[1]

    On February 18, 2026, Plaintiff filed a Response to Order to Show Cause (the "Response") [ECF No. 75]. In the Response, Plaintiff identifies his email address as "team@walkernovagroup.com" and, in the certificate of service, identifies his mailing address as "the Walkernova Group, care of: 2082 Highway 183 #170-229, Leander, Texas" [ECF No. 75

---

[1] While the Court has dismissed Plaintiff's Complaint without prejudice due to Plaintiff's lack of standing [*see* ECF No. 70], the Court still retains jurisdiction to determine the collateral issue of sanctions. *See Absolute Activist Value Master Fund Ltd. v. Devine*, 998 F.3d 1258, 1268 (11th Cir. 2021) ("[S]anctions can be considered pursuant to [a] district court's inherent authority even when the court lacks subject matter jurisdiction from the outset." (citing *Hyde v. Irish*, 962 F.3d 1306, 1310 (11th Cir. 2020)).

pp. 1, 7]. The "Walkernova Group," on its website, "walkernovagroup.com," identifies itself as follows:

> We are a private educational and administrative support firm focused on matters involving Constitutional rights, private and public law distinctions, secured transactions, trust and estate structuring, negotiable instruments, and lawful remedy under equity, contract, and commercial law. Our areas of concentration include State Citizenship, national status clarification, lawful trust and contract administration, UCC-based filings, private banking principles, estate planning, foreclosure defense strategies, and lawful documentation involving trusts, deeds, securities, and equity interests.

Walkernova Group, https://walkernovagroup.com [https://perma.cc/VSN8-H3XX] (last visited Feb. 18, 2026). The website offers services such as "GHOST Attorney/Writer," offering a "Ghost Writer Lawsuit Drafting Service" at a cost of $5,000; "Private Foreign Non-Statutory Trust" creation at a cost of $6,000; and "U.C.C. Contract Trust Creation" at a cost of $3,333.[2] Further, the website offers "Private Consultations" at a cost of $333, stating that, "[a]t our privately owned firm, we specialize in the rights of a non-citizen national/national/State Citizens. Our expertise spans across Constitutional Law, Private & Public Law, Securities, Secured Party/Secured Creditor filings, Taxes, Private Banking, Negotiable Instruments, Foreclosures, Business, Estate Planning, UCC Contract Trusts, and Law."[3]

---

[2] *GHOST Attorney/Writer Lawsuit, Pleading, Affidavit, Document Service: Automobiles, Foreclosures, Credit Cards, Quiet Title Actions, Slander of Title*, Walkernova Group, https://walkernovagroup.com/product/ghost-attorney-writer-lawsuit-pleading-affidavit-document-service-automobiles-foreclosures-credit-cards-quiet-title-actions-slander-of-title [https://perma.cc/3V4D-N5MU] (last visited Feb. 18, 2026); *Private Foreign Non-Statutory Trust – A Secure, Sovereign Financial Solution*, Walkernova Group, https://walkernovagroup.com/product/private-foreign-non-statutory-trust-a-secure-sovereign-financial-solution [https://perma.cc/7AY9-AC7Q] (last visited Feb. 18, 2026); U.C.C Contract Trust Creation, https://walkernovagroup.com/product/u-c-c-contract-trust-creation [https://perma.cc/K9UN-85ZQ] (last visited Feb. 18, 2026).

[3] *Private Consultations (Phone, Video, Private 1 on 1)*, Walkernova Group, https://walkernovagroup.com/product/private-consultations-phone-video-private-1-on-1 [https://perma.cc/X3MR-SEW8] (last visited Feb. 18, 2026).

The home page of "walkernovagroup.com" also links to "Realworldfare.com," which appears to be another website associated with Plaintiff.[4] This website likewise offers legal products and services, including one product labeled "Memorandum of Law: Right to Represent Your Trust or Estate" at a cost of $29.99.[5]

The Court notes with concern that it appears that Plaintiff may be engaging in the unauthorized practice of law in violation of Texas law. *See Abraham v. Hernandez*, 705 S.W.3d 416, 422 (Tex. App. 2024) ("[A]n unlicensed person may not draft documents and appear in court on behalf of another, because doing so violates the restriction against nonlawyers practicing law."); *O'Sullivan v. Countrywide Home Loans, Inc.*, 319 F.3d 732, 742 n.20 (5th Cir. 2003) (noting that "the Texas legislature sought to prohibit nonlawyers from exercising legal skill or knowledge in the preparation of legal documents"); Tex. Gov't Code Ann. § 81.102 (West 2025) ("[A] person may not practice law in this state unless the person is a member of the state bar."); Tex. Penal Code Ann. § 38.123 (West 2025) (criminalizing the unauthorized practice of law). As an additional matter, in the Response, mailed on February 14, 2026 (before the Court reset the Show Cause Hearing to March 26, 2026), Plaintiff asserts, in a perfunctory manner, that Plaintiff "is presently subject to circumstances that materially restrict his physical mobility and ability to travel, and he is therefore unable to attend the in-person Show Cause Hearing set for February 19, 2026"

---

[4] Walkernova Group, https://walkernovagroup.com [https://perma.cc/VSN8-H3XX] (last visited Feb. 18, 2026); *Kevin and Donnabella Realworldfare Declare Name Change: A New Dynasty Is Born with Heirs to Carry the Legacy Forward*, Realworldfare, https://realworldfare.com/kevin-and-donnabella-realworldfare-declare-name-change-a-new-dynasty-is-born-with-heirs-to-carry-the-legacy-forward [https://perma.cc/6Q4W-KQRM] (last visited Feb. 18, 2026).

[5] *Memorandum of Law: Right to Represent Your Trust or Estate 28 U.S.C. §§ 1654, 2072, Rule 17, the UCC, and the Constitution*, Realworldfare, https://realworldfare.com/product/memorandum-of-law-right-to-represent-your-trust-or-estate-28-u-s-c-%C2%A7%C2%A7-1654-2072-rule-17-the-ucc-and-the-constitution [https://perma.cc/XXY6-VZN2] (last visited Feb. 18, 2026).

[ECF No. 75 p. 1]. Plaintiff thus "respectfully requests that the Court accept this written submission in lieu of personal appearance" [ECF No. 75 p. 2]. This excuse is insufficient, conclusory, and lacks any factual detail. Plaintiff elected to bring this lawsuit and litigate in this Court. As a result, Plaintiff cannot unilaterally excuse himself from compliance with Court orders in this proceeding or otherwise substitute a written submission in lieu of personal appearance at a Court hearing.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This matter remains set for an **in-person** Show Cause Hearing Set for **March 26, 2026**, at 11:30 AM Eastern Standard Time in Courtroom 4008 of the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950 [ECF No. 74]. Plaintiff must appear in person.

2. At the Show Cause Hearing, Plaintiff shall come prepared to explain why he should not be referred to the appropriate authorities—including the Unauthorized Practice of Law Committee of the State of Texas—for engaging in the unauthorized practice of law. *See Unauthorized Prac. of L. Comm. v. Am. Home Assur. Co.*, 261 S.W.3d 24, 29–30 (Tex. 2008) ("To further protect the public, we have established and appointed the Unauthorized Practice of Law Committee to be responsible for investigating and prosecuting the unauthorized practice of law.").

3. As previously ordered [ECF No. 71], Plaintiff shall also come prepared to explain why he should not be sanctioned for his use of hallucinated citations and quotations and his repeated attempts to represent a trust as a nonlawyer.

4. Failure to appear **in person** may result in sanctions, including being placed on the restricted filer list in this district and referral to the appropriate authorities.

5. The Clerk shall **MAIL** a copy of this Order to the Plaintiff at the address below and thereafter confirm compliance on the docket.

**ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of February 2026.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

**Kevin Realworldfare**
c/o Walkernova Group
2082 Highway 183, #170-229
Leander, Texas 78641
**PRO SE**