# -Exhibit A-



# This site can't be reached

Check if there is a typo in walkernovagroup.com.

DNS_PROBE_FINISHED_NXDOMAIN

Reload