# -Exhibit B-



# This site can't be reached

Check if there is a typo in realworldfare.com.

DNS_PROBE_FINISHED_NXDOMAIN

Reload











PRESS FIRMLY TO SEAL PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS10001000006
EP13F October 2023
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®  PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 310 ) 923-8521

Kevin R.
c/o 2082 Highway 183 #170-229
Leander, Texas [98641]

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( )

United States Court
Southern District of Florida, Clerk
101 South U.S. Highway 1
Fort Pierce, Florida

ZIP + 4® (U.S. ADDRESSES ONLY)
3 4 9 5 0 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

► PEEL FROM THIS CORNER

Retail

US POSTAGE PAID
$33.25
Origin: 78626
02/25/26
4834750036-25

**PRIORITY MAIL EXPRESS®**

KEVIN R                          0 Lb 4.00 Oz
STE 170
2082 HIGHWAY 183                 RDC 07
LEANDER TX 78641-1789
(310) 923-8521

SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 02/28/26 08:00 PM

C007

SHIP
TO:
(000) 000-0000
UNITED STATES COURT
101 S US HIGHWAY 1
FORT PIERCE FL 34950-4209

USPS SIGNATURE® TRACKING #

9581 7158 8391 6056 9313 91



# PRIORITY MAIL EXPRESS®



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**GUARANTEED\* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.